UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD.,<br>Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,<br>Defendant | CA 07 420ML<br><br>C.A. NO. |

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and § 1446, the defendant, Unum Life Insurance Company of America ("Unum"), removes this action to the United States District Court for the District of Rhode Island. The grounds for removal are set forth below and in the Affidavit of April Allard attached as Exhibit A to this Notice, which is incorporated herein by reference.

1. On or about October 15, 2007, the plaintiff filed this action in Providence Superior Court, Civil Action No. PC07-5500.

2. On or about October 24, 2007, the plaintiff served a summons and complaint for Unum on the Insurance Commissioner in Providence, Rhode Island. Unum received the summons and complaint on October 30, 2007. (A true copy of the summons and complaint served on the defendant is attached as Exhibit B).

3. Accordingly, this notice of removal is being filed within the time period required by law, 28 U.S.C. § 1446(b).

4. The plaintiff in this case is a law office organized and existing under the law of the State of Rhode Island. (Complaint ¶1). The defendant, Unum, is organized under the laws of

Maine and has its principal place of business in Portland, Maine. See Affidavit of April Allard ("Allard Aff."), ¶ 2.

5. In his Complaint, plaintiff seeks payment of benefits under a overhead expense disability income policy Unum issued to Joseph S. Votta, Jr. ("Mr. Votta"), Policy Number LAD225675 ("the Policy"). (Complaint ¶¶6-7). Mr. Votta assigned the Policy to plaintiff. (Compliant ¶5).

6. The Policy provides that, if Mr. Votta is totally disabled, the insurer will pay a maximum overhead business expense benefit of $153,696.00 for each disability. See Allard Aff., ¶ 4. Before terminating benefits, Unum had paid $69,841.00 to plaintiff. See Allard Aff., ¶4. The remaining benefit under the Policy for this disability is $85,855.00. See Allard Aff., ¶4. While Unum denies any liability for the claims asserted by the plaintiff, the amount of the matter in controversy exceeds $75,000.00.

7. In addition, plaintiff has alleged that Unum has acted wrongfully and in bad faith and seeks to recover punitive damages. (Complaint, Count II).

8. In F.C.I. Realty Trust v. Aetna Casualty and Surety Company, 906 F. Supp. 30, 32 (D. Mass. 1995), the Court noted that "[w]here both actual and punitive damages are recoverable under a complaint each must be considered to the extent claimed in determining the jurisdictional amount." The F.C.I. Court specifically cited Bell v. Preferred Life Society, 320 U.S. 238, 240, 64 S.Ct. 5, 6, 88 L. Ed. 15 (1943), where the United States Supreme Court held that where actual damages are less than the jurisdictional amount, "the question remains whether it is apparent to a legal certainty from the complaint that he could not recover, in addition, sufficient punitive damages to make up the requisite [jurisdictional amount]." See also Freitas v. First New Hampshire Mortgage Corp., 1998 WL 657606, *6 (D.R.I. 1998) ("punitive damages

are to be considered in calculating the amounts in controversy for purposes of diversity jurisdiction.").

9. As set forth in the complaint, plaintiff seeks benefits under the Policy. The unpaid remaining benefit under the Policy for this disability is $83,855.00. Plaintiff also seeks punitive damages. Pursuant to F.C.I. and Freitas, *supra*, punitive damages must be considered in determining the jurisdictional amount for diversity jurisdiction pursuant to 28 U.S.C. §1332.

10. Because the amount in controversy in this case exceeds the sum or value of $75,000.00 and is between citizens of different states, as set forth in 28 U.S.C. §1332, this case is subject to removal under 28 U.S.C. §1441(a).

UNUM LIFE INSURANCE COMPANY
OF AMERICA

By its attorney,

Joan O. Vorster

Joan O. Vorster, Esq. (#5784)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: 11 · 16 · 07

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Bernard P. Healy, Esq., 750 East Avenue, Pawtucket, RI 02860.

Joan O. Vorster

Joan O. Vorster, Esq.

Dated: 11 · 16 · 07