UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

VOTTA & VOTTA LAW OFFICES, LTD.,
Plaintiff

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,
Defendant

C.A. NO.

**AFFIDAVIT OF APRIL ALLARD**

I, April Allard, under oath do declare and state:

1. My name is April Allard. I am a Lead Disability Benefits Specialist at Unum Life Insurance Company of America ("Unum") and I handled the claim for benefits under Policy No. LAD225675 issued to Joseph S. Votta Jr. I am over eighteen years of age. I have personal knowledge of the facts set forth in this affidavit.

2. Unum is organized under the laws of the State of Maine. Unum's principal place of business is in Portland, Maine.

3. I have reviewed the benefit amount for Mr. Votta's business overhead policy issued by Unum, Policy No. LAD225675 ("the Policy"). The Policy, which was issued to Joseph S. Votta, Jr., and assigned to plaintiff, Votta & Votta Law Offices, Ltd., provides a maximum overhead business expense benefit of $153,696.00 for each disability. Before terminating benefits, Unum paid $69,841.00 in benefits to plaintiff. While Unum denies any liability under the Policy, the remaining benefit under the Policy for this disability is $83,855.00.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2007.

APRIL ALLARD