UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD., Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS, Defendant | CA 07 420 ML<br>C.A. NO. |

NOTICE OF APPEARANCE

Please note the appearance of Joan O. Vorster, on behalf of Defendant, Unum Life Insurance Company of America in this case.

UNUM LIFE INSURANCE COMPANY OF AMERICA

By its attorney,

Joan O. Vorster

Joan O. Vorster, Esq. (#5784)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: 11 · 16 · 07

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Bernard P. Healy, Esq., 750 East Avenue, Pawtucket, RI 02860.

Joan O. Vorster

Joan O. Vorster, Esq.

Dated: 11 · 16 · 07