UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD., Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS, Defendant | CA 07 420ML<br><br>C.A. NO. |

**UNUM LIFE INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT**

The defendant, Unum Life Insurance Company of America, pursuant to Federal Rule of Civil Procedure 7.1 hereby states that it is a wholly owned subsidiary of Unum Group.

UNUM LIFE INSURANCE COMPANY OF AMERICA

By its attorneys,

Joan O. Vorster

Joan O. Vorster, Esq., BBO (#5784)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: November 16, 2007

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Bernard P. Healy, Esq., 750 East Avenue, Pawtucket, RI 02860.

Joan O. Vorster

Joan O. Vorster, Esq.

Dated: November 16, 2007