STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-5500 VOTTA AND VOTTA LAW OFFICES V UNUM INSURANCE CO

Filing Date: 10-15-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 11-26-2007

Plaintiff: VOTTA AND VOTTA LAW OFFICES LTD
ID: @10934777

Attorney: BERNARD HEALY

Defendant: UNUM LIFE INSURANCE COMPANY OF AMER
ID: @10934778

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-15-2007 | COMPLAINT FILED | |
| 10-15-2007 | INITIAL FILING FEE | |
| 10-16-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP258488. |
| 10-26-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 11-21-2007 | NOTICE OF REMOVAL | |
| 11-26-2007 | CASE REMVD TO US DISTRICT CT | |
| 11-26-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island