UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Votta & Votta Law Offices, LTD,**
**Plaintiff,**

**V.** **CA 07-420ML**

**UNUM Life Insurance Company of America, Alias,**
**Defendant.**

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that all discovery will be completed by **July 8, 2008**. Cross-motions for summary judgment shall be filed by **August 8, 2008**.

Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal, default, or exclusion of evidence.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
February 5, 2008

Entered as an Order of this Court on February 5, 2008

Deputy Clerk