**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD. | : | |
| | : | |
| v. | : | C.A. NO. 07-420-ML |
| | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, Alias | : | |

**MOTION TO QUASH AND FOR PROTECTIVE ORDER**

Now comes counsel for Joseph Votta, Jr. and hereby moves to quash Defendant's subpoena of the Keeper of Records for DeLuca & Weizenbaum, Ltd. (see attached subpoena marked Exhibit A). Plaintiff also moves for a Protective Order to prevent the Defendant from taking the deposition of the Keeper of Records for DeLuca & Weizenbaum, Ltd. As grounds for this Motion to Quash and for Protective Order, counsel relies on his Memorandum of Law filed herewith.

Joseph Votta, Jr.
By his Attorneys,

/s/ Amato A. DeLuca
Amato A. DeLuca (#0531)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD. | : | |
| v. | : | C.A. NO. 07-420-ML |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, Alias | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion to Quash and for Protective Order was served upon counsel of records listed below by first class mail on this 14th day of May, 2008:

Joan O. Vorster, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

Bernard P. Healy, Esq.
750 East Avenue
Pawtucket, RI 02860

/s/ Amato A. DeLuca