**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD. | : | |
| v. | : | C.A. NO. 07-420-ML |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, Alias | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER**

In support of counsel's Motion to Quash and for Protective Order, counsel states that the documents requested in the subpoena are protected by the attorney-client privilege and work-product doctrine. In addition, the documents requested in the subpoena are in the possession of the Plaintiff in this matter and can be obtained by the Defendant directly from the Plaintiff. Wherefore, counsel respectfully requests that this Honorable Court issue an Order quashing the subpoena and issue a Protective Order prohibiting Defendant from taking the keeper of records deposition.

Joseph Votta, Jr.
By his Attorneys,

/s/ Amato A. DeLuca

Amato A. DeLuca (#0531)
**DELUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD. | : | |
| | : | |
| v. | : | C.A. NO. 07-420-ML |
| | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, Alias | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and accurate copy of the within Memorandum of Law in Support of Motion to Quash and for Protective Order was served upon counsel of records listed below by first class mail on this 14th day of May, 2008:

Joan O. Vorster, Esq. .
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

Bernard P. Healy, Esq.
750 East Avenue
Pawtucket, RI 02860

/s/ Amato A. DeLuca