UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD.,<br>Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,<br>Defendant | C.A. NO. 07-420-ML |

**MOTION TO CONTINUE HEARING DATE**

The defendant, Unum Life Insurance Company of America ("Unum") moves this Court for a short continuance of the hearing on the Motion to Quash Subpoena and Motion for a Protective Order, scheduled for June 11, 2008 in front of Magistrate Judge David L. Martin.

As grounds for this motion, the defendant states:

1. The continuance is necessary as defendant's counsel will be out of town on June 11, 2008.

2. Defendant's counsel has contacted counsel for the plaintiff and for the deponent about this motion. They do not oppose this request for a continuance. If the dates of June 16 or June 20 are still available for the Court, all counsel are available on June 16, 2008 at either 10:00 a.m. or 2:00 p.m., and on June 20, 2008, but only at 10:00 a.m.

WHEREFORE, the defendant's Motion to Continue Hearing Date should be allowed.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

By its attorney,

/s/ Joan O. Vorster

Joan O. Vorster, Esq. (#5784)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: June 2, 2008

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 2, 2008.

/s/ Joan O. Vorster

Joan O. Vorster, Esq.

Dated: June 2, 2008