UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

VOTTA & VOTTA LAW OFFICES, LTD.,
Plaintiff

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,
Defendant

C.A. NO. 07-420-ML

**ORDER**

Deluca & Weizenbaum, LTD's Motion to Quash and For Protective Order having been heard, it is hereby ordered as follows:

1. The Motion to Quash and For Protective Order dated May 14, 2008 is denied.

2. Deluca & Weizenbaum must, within ten (10) days of the date hereof, produce documents responsive to the Unum Life Insurance Company of America's Keeper of Records Subpoena served on April 10, 2008. If Deluca & Weizenbaum believes that any of the responsive documents are protected by the attorney client privilege or attorney work product privilege, they must produce a privilege log describing the nature of the withheld documents or communications with sufficient particularity, that without revealing information itself privileged, will enable the parties to assess the claimed privilege.

By Order
Martha Saucier
Deputy Clerk

Entered:
David L. Martin
David L. Martin
United States Magistrate Judge
6-17-08

{Practice Areas\LIT\16310\00086\A1245302.DOC}