UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD., Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS, Defendant | C.A. NO. 07-420-ML |

JOINT MOTION TO EXTEND TIME TO FILE CROSS
MOTIONS FOR SUMMARY JUDGMENT

Now come the parties, and respectfully request this Honorable Court grant their Joint Motion to Extend Time to File Cross Motions for Summary Judgment from August 8, 2008 to August 20, 2008. In support of this motion, the parties state the following;

1. Pursuant to this Court's Pretrial Scheduling Order dated May 5, 2008, motions for summary judgment are due to be served by August 8, 2008.

2. Discovery in this matter ended on July 8, 2008. Counsel for the defendant was on trial from July 11th through July 22, 2008.

3. Both parties believe that a short extension will allow a better presentation of the case.

4. This is the parties' first request for an extension of the summary judgment deadline.

WHEREFORE, the parties request this Honorable Court to grant their Joint Motion to Extend Time to File Cross Motions for Summary Judgment.

VOTTA & VOTTA LAW OFFICES, LTD.

By its attorney,

/s/ Bernard P. Healy (JOV)
Bernard P. Healy, Esq., (#2072)
750 East Avenue
Pawtucket, RI 02860
Phone: (401) 721-2260
Fax: (401) 721-2230

UNUM LIFE INSURANCE COMPANY OF AMERICA

By its attorney,

/s/ Joan O. Vorster
Joan O. Vorster, Esq. (#5784)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: July 29, 2008

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 29, 2008.

/s/ Joan O. Vorster
Joan O. Vorster, Esq.

Dated: July 29, 2008