**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **VOTTA & VOTTA LAW OFFICES, LTD.**<br>**Plaintiff**<br><br>**v.**<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,**<br>**Defendant** | **C.A. NO. 07-420-ML** |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now comes the Plaintiff, Votta & Votta Law Offices, Ltd., and pursuant to Rule 56, hereby moves that partial summary judgment enter in its behalf. The plaintiff requests that summary judgment and final judgment pursuant to Rule 54 enter in reference to Count I of plaintiff's complaint, wherein plaintiff claims defendant breached the contract of insurance between defendant and it. Plaintiff requests that judgment enter in its behalf in a sum of $83,855.00, the overhead business expense benefit outstanding pursuant to the terms and conditions of the subject policy, together with interest and costs, and that the matter be assigned to trial in reference to plaintiff's bad faith claims contained in Count II of its complaint.

The Plaintiff,
By its Attorney,

's/s Bernard P. Haely
Bernard P. Healy #2072
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260 Phone
(401) 721-2230 Fax

## CERTIFICATE OF SERVICE

I, Bernard P. Healy, hereby certify that I have this day served a copy of the foregoing document, by e-mail and by mailing a copy, first class mail, postage prepaid to

Joan O. Vorster, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608-1477
e-mail address: www.miricko'connell.com..

8/20/08_____
Date

/s/ Bernard P. Healy__________