**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**VOTTA & VOTTA LAW OFFICES, LTD.**
**Plaintiff**

**v.**

**UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,**
**Defendant**

**C.A. NO. 07-420-ML**

## STATEMENT OF UNDISPUTED FACTS

1. Joseph S. Votta, Jr, Esquire applied for and received from Unum Life Insurance Company of America an overhead expense disability income policy, policy number LAD225675.
2. Joseph S. Votta, Jr., Esquire became disabled within the terms of the subject policy in 2005.
3. Policy number LAD225675 obligated Unum Life Insurance Company of America to provide reimbursement for overhead expenses in the event that Joseph became disabled from the practice of law, his regular occupation.
4. On February 27, 2006, Joseph S. Votta, Jr., Esquire transferred and assigned to Votta & Votta Law Offices, Ltd. any and all rights which he had or may have had in reference to the overhead disability policy at issue, LAD225675.
5. Unum Life Insurance Company of America made some payments to Votta & Votta Law Offices, Ltd. after Joseph's disability, payments totaling $69,841.00.

6. The maximum overhead business expense benefit pursuant to the policy is $153,696.00
7. The remaining unpaid benefit under the subject policy, policy number LAD225675 is $83,855.00.
8. Unum Life Insurance Company of America has made no payments pursuant to the subject policy since November, 2006.
9. The tax returns of Votta & Votta Law Offices, Ltd. for the years 2006 and 2007, and specifically schedule K-1 of the subject tax returns, includes Joseph S. Votta, Jr. as a shareholder in Votta & Votta Law Offices, Ltd. and indicates his percentage of stock ownership for the respective tax years was 33.333%.
10. The tax returns of Joseph S. Votta, Jr. for the years 2006 and 2007 contains schedule E's which indicate that Joseph S. Votta, Jr., Esquire was a member of Votta & Votta Law Offices, Ltd., an S corporation.

The Plaintiff,
By its Attorney,

/s/Bernard P. Healy
Bernard P. Healy #2072
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260 Phone
(401) 721-2230 Fax

## CERTIFICATE OF SERVICE

I, Bernard P. Healy, hereby certify that I have this day served a copy of the foregoing document, by e-mail and by mailing a copy, first class mail, postage prepaid to

Joan O. Vorster, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608-1477
e-mail address: www.miricko'connell.com..

8/20/08
Date

**/s/ Bernard P. Healy**