# EXHIBIT LIST

| | |
|---|---|
| Exhibit 1 | Unum Policy |
| Exhibit 2` | Assignment by Joseph S. Votta, Jr., Esquire to Votta & Votta Law Offices, Ltd. of Joseph S. Votta, Jr.'s interest in the policy. |
| Exhibit 3 | Affidavit of Jill S. Votta, Attorney at Law. |
| Exhibit 4 | Affidavit of Steven J. Votta, Esquire. |
| Exhibit 5 | Portions of deposition of Joseph S. Votta, Jr., Esquire. Pages 1, 19, 20, 21, 31, 32,43, 44, 62. |
| Exhibit 6 | Portions of deposition of Kahn, Litwin & Renza, testimony of John Renza and Robert Davies. Pages 1, 10, 11, 24, 25, 26, 27, 28, 29, 30, 40, 41, 42, 54, 55, 56, 57, 58, 59, 60, 68, 69, 70, 77, 81, 82, 83, 90, 91, 92, 93, 99. |
| Exhibit 7 | Portions of tax returns and work sheets of Votta & Votta Law Offices, Ltd. for years 2006 and 2007. |
| Exhibit 8 | Portion of tax returns of Joseph S. Votta, Jr., Esquire for years 2006 and 2007. |
| Exhibit 9 | Stock Certificate of Joseph S. Votta, Jr., Esquire, front and back. |
| Exhibit 10 | Receipt. |