# EXHIBIT 2

Assignment by Joseph S. Votta, Jr., Esquire to Votta & Votta Law Offices, Ltd. of his interest I In the Unum Policy.

ASSIGNMENT

I, Joseph S. Votta, Jr., owner of UNUM policy number LAD225675, hereby transfer and assign, to Votta & Votta Law Offices, Ltd. any and all rights which I may have in the above referenced policy. Further, a copy of this assignment shall serve as an original.

2-27-06
Date

Joseph S. Votta Jr
Joseph S. Votta, Jr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn to before me this 26 day of February, 2006.

Jennifer Houston
Notary Public

JENNIFER M. HOUSTON
NOTARY PUBLIC
State of Rhode Island
My Commission Expires
July 23, 2009