# EXHIBIT 3

Affidavit of Jill S. Votta, Attorney at Law.

# AFFIDAVIT

I, Jill S. Votta, having been sworn do state:

1. I am an attorney licensed to practice law within the State of Rhode Island, and I have practiced law in Rhode Island since 1975.

2. I am an officer and founding shareholder of Votta & Votta Law Offices, Ltd., a professional corporation organized and existing under the laws of the State of Rhode Island.

3. There are three shareholders of Votta & Votta Law Officers, Ltd., myself, my brother Joseph and my brother Steven.

4. Each of us owns one third of the outstanding shares of stock in Votta & Votta Law Offices, Ltd.

5. On April 13, 2006, Votta & Votta Law Offices, Ltd. loaned to Joseph, $33,690.66.

6. In consideration of the loan, Joseph pledged his shares of stock in Votta & Votta Law Offices, Ltd. by signing his stock certificate.

7. Joseph remains an owner of his shares of stock, and these have never been transferred on the books of Votta & Votta Law Offices, Ltd.

8. Joseph is still listed as an attorney on the letterhead of Votta & Votta Law Offices, Ltd.

9. Joseph still has an office designated for his use at the law offices of Votta & Votta Law Offices, Ltd.

10. At no time has Joseph ceased his connection with Votta & Votta Law Offices, Ltd., and at no time has Joseph divested himself of ownership in the business.

11. Joseph has not been actively employed at Votta & Votta Law Offices, Ltd. since March 31, 2005, but he remains a shareholder and a member of the firm.

Jill S. Votta

Subscribed to and sworn to before me this 19th day of August, 2008

Arminda M. Simas
Notary Public
Commission Exp: 8/31/09