# EXHIBIT 4

Affidavit of Steven J. Votta, Esquire.

# AFFIDAVIT

I, Steven J. Votta, having been duly sworn state:

1. I am an attorney licensed to practice law within the State of Rhode Island and have been so licensed since 1987.

2. I am a member of Votta & Votta Law Offices, Ltd., and I am a shareholder in that professional corporation.

3. The other shareholders of Votta & Votta Law Offices, Ltd. are my sister, Jill and my brother Joseph.

4. Joseph at no time has divested himself of his interest in Votta & Votta Law offices. Ltd., and he has at no time sold his stock in Votta & Votta Law Offices, Ltd. On April 13, 2006, Joseph pledged his stock as security for a loan made to him by Votta & Votta Law Offices, Ltd.

5. The loan payment made by Votta & Votta Law Offices, Ltd. to Joseph has been continuously and consistently carried on the books and records of Votta & Votta Law Offices, Ltd., as a loan, including in its tax returns.

6. Joseph S. Votta, Jr. continues to be listed as an attorney on the letterhead of Votta & Votta Law Offices, Ltd.

7. Joseph still has an office at Votta & Votta Law Offices, Ltd., and, should he elect to do, he may return to practice there at any time.

8. Joseph has not been actively employed at Votta & Votta Law Offices, Ltd. since March 31, 2005.

Steven J. Votta

Subscribed to and sworn to before me this 20th day of August, 2008.

Arminda M. Simas Notary Public
My Commission Exp: 8/31/09