# EXHIBIT 7

Portions of tax returns and work sheets of Votta & Votta Law Offices, Ltd. for years 2006, 2007.

671106

Schedule K-1 (Form 1120S)
Department of the Treasury
Internal Revenue Service

# 2006

For calendar year 2006, or tax year beginning ________ ending ________

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0130

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See separate instructions.

### Part I Information About the Corporation

**A** Corporation's employer identification number
05-0385348

**B** Corporation's name, address, city, state, and ZIP code
VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
PROVIDENCE, RI 02908

**C** IRS Center where corporation filed return
CINCINNATI, OH

**D** ☐ Tax shelter registration number, if any ________

**E** ☐ Check if Form 8271 is attached

### Part II Information About the Shareholder

**F** Shareholder's identifying number
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

**G** Shareholder's name, address, city, state and ZIP code
JOSEPH S. VOTTA, JR
900 SMITH STREET
PROVIDENCE, RI 02908

**H** Shareholder's percentage of stock ownership for tax year ........ 33.333333%

For IRS Use Only

### Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Code | Amount | Line | Code | Amount |
|---|---|---|---|---|---|
| 1 Ordinary business income (loss) | | 10,101. | 13 Credits | | |
| 2 Net rental real estate income (loss) | | | | | |
| 3 Other net rental income (loss) | | | | | |
| 4 Interest income | | 1,632. | | | |
| 5a Ordinary dividends | | | | | |
| 5b Qualified dividends | | | 14 Foreign transactions | | |
| 6 Royalties | | | | | |
| 7 Net short-term capital gain (loss) | | | | | |
| 8a Net long-term capital gain (loss) | | | | | |
| 8b Collectibles (28%) gain (loss) | | | | | |
| 8c Unrecaptured sec 1250 gain | | | | | |
| 9 Net section 1231 gain (loss) | | | | | |
| 10 Other income (loss) | | | 15 Alternative min tax (AMT) items | A | 173. |
| 11 Section 179 deduction | | 11,550. | 16 Items affecting shareholder basis | C* | 1,820. |
| 12 Other deductions | A | 284. | | | |
| | | | 17 Other information | A | 1,632. |

*See attached statement for additional information.

611271 12-28-06 JWA For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S. Schedule K-1 (Form 1120S) 2006



SHAREHOLDER NUMBER 2

**RHODE ISLAND SCHEDULE K-1 EQUIVALENT**

# Shareholder's Information

**For Calendar Year 2006, or Fiscal Year**

Beginning , and Ending

**2006**

**SHAREHOLDER INFORMATION** Name and Address

JOSEPH S. VOTTA, JR
900 SMITH STREET
PROVIDENCE, RI 02908

Shareholder Identification Number

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

Percent of Ownership

33.333333

Corporation Name and Address

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
PROVIDENCE, RI 02908

Corporation Identification Number

05-0385348

[X] Resident Shareholder

[ ] Nonresident Shareholder Apportionment Ratio ____________

| | | Amount |
|---|---|---|
| **1. Other Taxes** | | |
| a. Recapture of investment tax credit | 1(a) | |
| b. Recapture of child day care credit | 1(b) | |
| c. Jobs growth tax | 1(c) | |
| **2. Credits** | | |
| a. Investment credit | 2(a) | |
| b. Juvenile restitution credit | 2(b) | |
| c. Educational assistance and development credit | 2(c) | |
| d. Adult education credit | 2(d) | |
| e. Job training credit | 2(e) | |
| f. Child daycare credit | 2(f) | |
| g. Enterprise zone tax credit | 2(g) | |
| h. R & D property tax credit | 2(h) | |
| i. R & D expense tax credit | 2(i) | |
| j. SBA tax credit | 2(j) | |
| k. Historic structures credit | 2(k) | |
| l. Other credits | 2(l) | |
| **3. Modification increasing federal adjusted gross income** | | |
| a. Income from obligations of any state other than Rhode Island | 3(a) | |
| b. Bonus depreciation and Section 179 adjustment | 3(b) | 2,786. |
| c. Gain on sale of JCWA asset(s) | 3(c) | |
| d. Rhode Island corporation taxes | 3(d) | 166. |
| **4. Modification decreasing federal adjusted gross income** | | |
| a. Interest on U.S. obligations | 4(a) | |
| b. Bonus depreciation and Section 179 adjustment | 4(b) | |
| c. Loss on sale of JCWA asset(s) | 4(c) | |

676691
09-11-06

Client. *Votta & Votta Law Offices, Ltd*
Engagement: *Votta & Votta Law Offices, Ltd.*
Period Ending: *12/31/2006*
Workpaper: *Working Trial Balance*

| Account | Description | 1st PP-FINAL 12/31/2005 | < WPRef | UNADJ 12/31/2006 | JE Ref # | AJE | ADJ 12/31/2006 | JE Ref # | RJE | FINAL 12/31/2006 | < WPRef |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | Sign | 6,600.00 | | 6,600.00 | | 0.00 | 6,600.00 | | 0.00 | 6,600.00 | 05.01 |
| 155 | Time Sharing | 7,300.00 | | 7,300.00 | | 0.00 | 7,300.00 | | 0.00 | 7,300.00 | 05.01 |
| 160 | Accumulated amortization | (7,931.45) | | (7,931.45) | | (862.64) | (8,794.09) | | 0.00 | (8,794.09) | 05.02 |
| | | | | | AJE - 4 | (718.15) | | | | | |
| | | | | | AJE - 14 | (144.49) | | | | | |
| 165 | Accum Depr-Equipment | (46,587.79) | | (46,587.79) | | (34,651.98) | (81,239.77) | | 0.00 | (81,239.77) | 05.01 |
| | | | | | AJE - 14 | (34,651.98) | | | | | |
| 175 | Accum Depr-Furn & Fixt | (133,124.46) | | (133,124.46) | | 0.00 | (133,124.46) | | 0.00 | (133,124.46) | 05.01 |
| 180 | Accum Depr-Improvements | (50,750.07) | | (50,750.07) | | (2,409.25) | (53,159.32) | | 0.00 | (53,159.32) | 05.01 |
| | | | | | AJE - 4 | (2,007.70) | | | | | |
| | | | | | AJE - 14 | (401.55) | | | | | |
| 185 | Accum Depr-Sign | (6,600.00) | | (6,600.00) | | 0.00 | (6,600.00) | | 0.00 | (6,600.00) | 05.01 |
| 190 | Accum Depr-Time Sharing | (7,300.00) | | (7,300.00) | | 0.00 | (7,300.00) | | 0.00 | (7,300.00) | 05.01 |
| **Subtotal : None** | | **37,080.21** | | **37,080.21** | | **(3,271.89)** | **33,808.32** | | **0.00** | **33,808.32** | |
| **Total [I] Fixed Assets** | | **37,080.21** | | **37,080.21** | | **(3,271.89)** | **33,808.32** | | **0.00** | **33,808.32** | |
| **Group : [N]** | **Accounts Payable** | | | | | | | | | | |
| **Subgroup : [N.20]** | **Other payables** | | | | | | | | | | |
| 200 | Loan-Joe Votta | 0.00 | | 0.00 | | 40,522.29 | 40,522.29 | | 0.00 | 40,522.29 | |
| | | | | | AJE - 2 | 33,690.66 | | | | | |
| | | | | | AJE - 17 | 6,831.63 | | | | | |
| 205 | Loan-Steven Votta | (79,000.00) | | (79,000.00) | | 43,690.66 | (35,309.34) | | 0.00 | (35,309.34) | |
| | | | | | AJE - 2 | 80,000.00 | | | | | |
| | | | | | AJE - 11 | (36,309.34) | | | | | |
| 215 | Loan-Jill Votta | (24,000.00) | | (24,000.00) | | 24,000.00 | 0.00 | | 0.00 | 0.00 | |
| | | | | | AJE - 2 | 24,000.00 | | | | | |
| 216 | Loan Payable - Jill | 0.00 | | 0.00 | | (26,309.34) | (26,309.34) | | 0.00 | (26,309.34) | |
| | | | | | AJE - 11 | (26,309.34) | | | | | |
| **Subtotal [N.20] Other payables** | | **(103,000.00)** | | **(103,000.00)** | | **81,903.61** | **(21,096.39)** | | **0.00** | **(21,096.39)** | |
| **Total [N] Accounts Payable** | | **(103,000.00)** | | **(103,000.00)** | | **81,903.61** | **(21,096.39)** | | **0.00** | **(21,096.39)** | |
| **Group : [O]** | **Accruals/Other Liabilities** | | | | | | | | | | |
| **Subgroup : [O.05]** | **Accrued expenses** | | | | | | | | | | |
| 235 | TDI W/H | (876.43) | | (876.43) | | (363.30) | (1,239.73) | | 0.00 | (1,239.73) | |
| | | | | | AJE - 3 | 876.43 | | | | | |
| | | | | | AJE - 12 | (1,239.73) | | | | | |
| 240 | Accrued Pension | (32,430.00) | | (32,430.00) | | (27,570.00) | (60,000.00) | | 0.00 | (60,000.00) | |
| | | | | | AJE - 2 | 32,430.00 | | | | | |
| | | | | | AJE - 8 | (60,000.00) | | | | | |
| **Subtotal [O.05] Accrued expenses** | | **(33,306.43)** | | **(33,306.43)** | | **(27,933.30)** | **(61,239.73)** | | **0.00** | **(61,239.73)** | |
| **Total [O] Accruals/Other Liabilities** | | **(33,306.43)** | | **(33,306.43)** | | **(27,933.30)** | **(61,239.73)** | | **0.00** | **(61,239.73)** | |
| **Group : [U]** | **Equity** | | | | | | | | | | |
| **Subgroup : [U.10]** | **Common Stock** | | | | | | | | | | |
| 300 | Capital Stock | (150.00) | | (150.00) | | 0.00 | (150.00) | | 0.00 | (150.00) | |
| **Subtotal [U.10] Common Stock** | | **(150.00)** | | **(150.00)** | | **0.00** | **(150.00)** | | **0.00** | **(150.00)** | |
| **Subgroup : [U.20]** | **Retained Earnings** | | | | | | | | | | |
| 305 | Retained earnings | (100,920.06) | | (91,306.56) | | 0.00 | (91,306.56) | | 0.00 | (91,306.56) | OK |
| **Subtotal [U.20] Retained Earnings** | | **(100,920.06)** | | **(91,306.56)** | | **0.00** | **(91,306.56)** | | **0.00** | **(91,306.56)** | |
| **Subgroup : None** | | | | | | | | | | | |
| 315 | Distributions-Joe | 0.00 | | 0.00 | | 0.00 | 0.00 | | 0.00 | 0.00 | |

PENGAD 800-631-6989
EXHIBIT
#10
08/23/2008

671107

Schedule K-1 (Form 1120S)

Department of the Treasury
Internal Revenue Service

# 2007

For calendar year 2007, or tax year beginning ______ ending ______

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0130

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See separate instructions.

## Part I Information About the Corporation

A Corporation's employer identification number
05-0385348

B Corporation's name, address, city, state, and ZIP code

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
PROVIDENCE, RI 02908

C IRS Center where corporation filed return

## Part II Information About the Shareholder

D Shareholder's identifying number
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

E Shareholder's name, address, city, state and ZIP code

JOSEPH S. VOTTA, JR
900 SMITH STREET
PROVIDENCE, RI 02908

F Shareholder's percentage of stock ownership for tax year ........ 33.333333%

For IRS Use Only

## Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Item | Code | Amount |
| --- | --- | --- |
| 1 Ordinary business income (loss) | | 2,776. |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | | |
| 4 Interest income | | 1,159. |
| 5a Ordinary dividends | | |
| 5b Qualified dividends | | |
| 6 Royalties | | |
| 7 Net short-term capital gain (loss) | | |
| 8a Net long-term capital gain (loss) | | |
| 8b Collectibles (28%) gain (loss) | | |
| 8c Unrecaptured sec 1250 gain | | |
| 9 Net section 1231 gain (loss) | | |
| 10 Other income (loss) | | |
| 11 Section 179 deduction | | 3,749. |
| 12 Other deductions | A | 186. |
| 13 Credits | | |
| 14 Foreign transactions | | |
| 15 Alternative min tax (AMT) items | A | 255. |
| 16 Items affecting shareholder basis | C* | 2,386. |
| 17 Other information | A | 1,159. |

*See attached statement for additional information.

711271 12-27-07 JWA For Paperwork Reduction Act Notice, see Instructions for Form 1120S. Schedule K-1 (Form 1120S) 2007



SHAREHOLDER NUMBER 2

SCHEDULE K-1 NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 2,386. | SEE FORM 1040 INSTRUCTIONS |
| TOTAL | 2,386. | |

| RHODE ISLAND SCHEDULE K-1 EQUIVALENT | **Shareholder's Information**<br>**For Calendar Year 2007, or Fiscal Year**<br>Beginning , and Ending | **2007** |
|---|---|---|

| SHAREHOLDER INFORMATION Name and Address | Shareholder Identification Number |
|---|---|
| JOSEPH S. VOTTA, JR<br>900 SMITH STREET<br>PROVIDENCE, RI 02908 | 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<br>Percent of Ownership<br>33.333333 |
| Corporation Name and Address<br>VOTTA & VOTTA LAW OFFICES, LTD.<br>900 SMITH STREET<br>PROVIDENCE, RI 02908 | Corporation Identification Number<br>05-0385348 |

[X] Resident Shareholder

[ ] Nonresident Shareholder Apportionment Ratio ____________

| | | Amount |
|---|---|---|
| **1. Other Taxes** | | |
| a. Recapture of investment tax credit | 1(a) | |
| b. Recapture of child day care credit | 1(b) | |
| c. Jobs growth tax | 1(c) | |
| **2. Credits** | | |
| a. Investment credit | 2(a) | |
| b. Juvenile restitution credit | 2(b) | |
| c. Educational assistance and development credit | 2(c) | |
| d. Adult education credit | 2(d) | |
| e. Job training credit | 2(e) | |
| f. Child daycare credit | 2(f) | |
| g. Enterprise zone tax credit | 2(g) | |
| h. R & D property tax credit | 2(h) | |
| i. R & D expense tax credit | 2(i) | |
| j. SBA tax credit | 2(j) | |
| k. Historic structures credit | 2(k) | |
| l. Motion picture production company tax credit | 2(l) | |
| m. Form RI 2776, credit for contributions to qualified scholarships organization | 2(m) | |
| n. Other credits | 2(n) | |
| **3. Modification increasing federal adjusted gross income** | | |
| a. Income from obligations of any state other than Rhode Island | 3(a) | |
| b. Bonus depreciation and Section 179 adjustment | 3(b) | |
| c. Gain on sale of JCWA asset(s) | 3(c) | |
| d. Rhode Island corporation taxes | 3(d) | 166. |
| **4. Modification decreasing federal adjusted gross income** | | |
| a. Interest on U.S. obligations | 4(a) | |
| b. Bonus depreciation and Section 179 adjustment | 4(b) | 1,115. |
| c. Loss on sale of JCWA asset(s) | 4(c) | |

776691
01-21-08

EXHIBIT
PENGAD 800-631-6989
#12
CJ. 6/23/2008

Client: *Votta & Votta Law Offices, Ltd*
Engagement: *Votta & Votta Law Offices, Ltd.*
Period Ending: *12/31/2007*
Workpaper: *Working Trial Balance*

| Account | Description | 1st PP-FINAL 12/31/2006 | < WPRef | UNADJ 12/31/2007 | JE Ref # | AJE | ADJ 12/31/2007 | JE Ref # | RJE | FINAL 12/31/2007 | < WPRef |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group : [B]** | **Cash** | | | | | | | | | | |
| **Subgroup : [B.10]** | **Cash** | | | | | | | | | | |
| 100 | Cash-Checking | 78,616.82 | | 78,616.82 | | 38,602.82 | 117,219.64 | | 0.00 | 117,219.64 | 19.2 |
| | | | | | AJE - 1 | 740,567.38 | | | | | |
| | | | | | AJE - 2 | (701,938.07) | | | | | |
| | | | | | AJE - 4 | (26.49) | | | | | |
| 105 | Cash-First Federal Saving | 55.29 | | 55.29 | | 0.00 | 55.29 | | 0.00 | 55.29 | |
| **Subtotal [B.10] Cash** | | **78,672.11** | | **78,672.11** | | **38,602.82** | **117,274.93** | | **0.00** | **117,274.93** | |
| **Total [B] Cash** | | **78,672.11** | | **78,672.11** | | **38,602.82** | **117,274.93** | | **0.00** | **117,274.93** | |
| **Group : [C]** | **Investments** | | | | | | | | | | |
| **Subgroup : None** | | | | | | | | | | | |
| 121 | CD - Bank of America | 50,000.00 | | 50,000.00 | | 3,475.04 | 53,475.04 | | 0.00 | 53,475.04 | 19.3 |
| | | | | | AJE - 5 | 3,475.04 | | | | | |
| **Subtotal : None** | | **50,000.00** | | **50,000.00** | | **3,475.04** | **53,475.04** | | **0.00** | **53,475.04** | |
| **Total [C] Investments** | | **50,000.00** | | **50,000.00** | | **3,475.04** | **53,475.04** | | **0.00** | **53,475.04** | |
| **Group : [D]** | **Notes Receivable** | | | | | | | | | | |
| **Subgroup : None** | | | | | | | | | | | |
| 125 | Stock Subscription Receivable | 50.00 | | 50.00 | | 0.00 | 50.00 | | 0.00 | 50.00 | |
| **Subtotal : None** | | **50.00** | | **50.00** | | **0.00** | **50.00** | | **0.00** | **50.00** | |
| **Total [D] Notes Receivable** | | **50.00** | | **50.00** | | **0.00** | **50.00** | | **0.00** | **50.00** | |
| **Group : [G]** | **Prepaid Expenses/Other Assets** | | | | | | | | | | |
| **Subgroup : None** | | | | | | | | | | | |
| 146 | Construction In Progress | 5,500.00 | | 5,500.00 | | (5,500.00) | 0.00 | | 0.00 | 0.00 | |
| | | | | | AJE - 12 | (5,500.00) | | | | | |
| **Subtotal : None** | | **5,500.00** | | **5,500.00** | | **(5,500.00)** | **0.00** | | **0.00** | **0.00** | |
| **Total [G] Prepaid Expenses/Other Assets** | | **5,500.00** | | **5,500.00** | | **(5,500.00)** | **0.00** | | **0.00** | **0.00** | |
| **Group : [I]** | **Fixed Assets** | | | | | | | | | | |
| **Subgroup : None** | | | | | | | | | | | |
| 130 | Computer software | 10,629.21 | | 10,629.21 | | 0.00 | 10,629.21 | | 0.00 | 10,629.21 | 05.2 |
| 135 | Equipment | 81,240.10 | | 81,240.10 | | 14,802.42 | 96,042.52 | | 0.00 | 96,042.52 | 05.1 |
| | | | | | AJE - 8 | 9,242.66 | | | | | |
| | | | | | AJE - 8 | 3,302.28 | | | | | |
| | | | | | AJE - 8 | 2,257.48 | | | | | |
| 140 | Furniture & Fixtures | 133,599.84 | | 133,599.84 | | 1,390.86 | 134,990.70 | | 0.00 | 134,990.70 | 05.1 |
| | | | | | AJE - 8 | 1,390.86 | | | | | |
| 145 | Leasehold Improvements | 84,656.81 | | 84,656.81 | | 5,500.00 | 90,156.81 | | 0.00 | 90,156.81 | 05.1 |
| | | | | | AJE - 12 | 5,500.00 | | | | | |
| 150 | Sign | 6,600.00 | | 6,600.00 | | 0.00 | 6,600.00 | | 0.00 | 6,600.00 | 05.1 |
| 155 | Time Sharing | 7,300.00 | | 7,300.00 | | 0.00 | 7,300.00 | | 0.00 | 7,300.00 | 05.1 |
| 160 | Accumulated amortization | (8,794.09) | | (8,794.09) | | (647.82) | (9,441.91) | | 0.00 | (9,441.91) | 05.2 |
| | | | | | AJE - 10 | (647.82) | | | | | |
| 165 | Accum Depr-Equipment | (81,239.77) | | (81,239.77) | | (11,956.22) | (93,195.99) | | 0.00 | (93,195.99) | 05.1 |
| | | | | | AJE - 10 | (11,956.22) | | | | | |
| 175 | Accum Depr-Furn & Fixt | (133,124.46) | | (133,124.46) | | (278.17) | (133,402.63) | | 0.00 | (133,402.63) | 05.1 |
| | | | | | AJE - 10 | (278.17) | | | | | |
| 180 | Accum Depr-Improvements | (53,159.32) | | (53,159.32) | | (2,544.41) | (55,703.73) | | 0.00 | (55,703.73) | 05.1 |
| | | | | | AJE - 10 | (2,544.41) | | | | | |
| 185 | Accum Depr-Sign | (6,600.00) | | (6,600.00) | | 0.00 | (6,600.00) | | 0.00 | (6,600.00) | 05.1 |
| 190 | Accum Depr-Time Sharing | (7,300.00) | | (7,300.00) | | 0.00 | (7,300.00) | | 0.00 | (7,300.00) | 05.1 |