# EXHIBIT 8

Portions of tax returns of Joseph S.Votta, Jr., Esquire for years 2006, 2007.

.

Schedule E (Form 1040) 2006 Attachment Sequence No. 13 Page 2

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

JOSEPH S. VOTTA, JR & EDE M. VOTTA

Your social security number: 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

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which any amount is not at risk, you **must** check column **(e)** on line 28 and attach **Form 6198**. See page E-1.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ☐ Yes ☒ No

If you answered "Yes," see page E-6 before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | VOTTA & VOTTA LAW OFFICES, LTD. | S | | 05-0385348 | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | 10,101. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 10,101. |
| b Totals | | | | | |

30 Add columns (g) and (j) of line 29a ..... 30 10,101.

31 Add columns (f), (h), and (i) of line 29b ..... 31 ( )

32 **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below ..... 32 10,101.

## Part III Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35 Add columns (d) and (f) of line 34a ..... 35

36 Add columns (c) and (e) of line 34b ..... 36 ( )

37 **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below ..... 37

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

39 Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ..... 39

## Part V Summary

40 Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ..... 40

41 **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ..... ▶ 41 10,101.

42 **Reconciliation of farming and fishing income.** Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see page E-7) ..... 42

43 **Reconciliation for real estate professionals.** If you were a real estate professional (see page E-1), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ..... 43

621501 11-02-06

Schedule E (Form 1040) 2006

**SCHEDULE E**

## INCOME FROM PASSTHROUGH STATEMENT, PAGE 1

2006

Name JOSEPH S. VOTTA, JR

Passthrough VOTTA & VOTTA LAW OFFICES, LTD. - VOTTA & VOTTA LAW OFFIC ID 05-0385348

SSN/EIN 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

TAXPAYER

S CORPORATION

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | 10,101. | | | | | | | |
| Rental real estate income (loss) | | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | 11,550. | | | | | | | |
| Disallowed section 179 expense | 11,550. | | | | | | | |
| Net income (loss) | 10,101. | | | | | | | 10,101. |
| First passive other | | | | | | | | |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | | | | | | | | |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | 10,101. | | | | | | | 10,101. |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | | | | | | | | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | | | | | | | | |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | 284. | | | | | | | 284. |
| Deductions related to portfolio income | | | | | | | | |
| Other | | | | | | | | |

621551
12-12-06

SCHEDULE E

## INCOME FROM PASSTHROUGH STATEMENT, PAGE 2

2006

Name JOSEPH S. VOTTA, JR

Passthrough VOTTA & VOTTA LAW OFFICES, LTD. - VOTTA & VOTTA LAW OFFIC ID 05-0385348

SSN/EIN 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

TAXPAYER

S CORPORATION

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | 1,632. | | | | | | | 1,632. |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | 173. | | | | | | | 173. |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Qualified production activities income | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |

821552
12-04-06

Schedule E (Form 1040) 2007 Attachment Sequence No. 13 Page 2

Name(s) shown on return. Do not enter name and social security number if shown on page 1. Your social security number

JOSEPH S. VOTTA, JR & EDE M. VOTTA 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

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which any amount is **not** at risk, you **must** check column **(e)** on line 28 and attach **Form 6198.** See page E-1.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ☐ Yes ☒ No

If you answered "Yes," see page E-6 before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | VOTTA & VOTTA LAW OFFICES, LTD. | S | | 05-0385348 | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | 2,776. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 2,776. |
| b Totals | | | | | |

| | | |
|---|---|---|
| 30 Add columns (g) and (j) of line 29a | 30 | 2,776. |
| 31 Add columns (f), (h), and (i) of line 29b | 31 | ( ) |
| 32 **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | 2,776. |

## Part III Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | |
|---|---|---|
| 35 Add columns (d) and (f) of line 34a | 35 | |
| 36 Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| 39 Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |

## Part V Summary

| | | |
|---|---|---|
| 40 Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
| 41 **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ | 41 | 2,776. |
| 42 **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see page E-7) | 42 | |
| 43 **Reconciliation for real estate professionals.** If you were a real estate professional (see page E-2), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

**SCHEDULE E** — **INCOME FROM PASSTHROUGH STATEMENT, PAGE 1** — **2007**

Name JOSEPH S. VOTTA, JR

Passthrough VOTTA & VOTTA LAW OFFICES, LTD. - VOTTA & VOTTA LAW OFFIC ID 05-0385348 SSN/EIN 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

S CORPORATION TAXPAYER

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | 2,776. | | | | | | | |
| Rental real estate income (loss) | | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | 15,299. | | | | | | | |
| Disallowed section 179 expense | 15,299. | | | | | | | |
| Net income (loss) | 2,776. | | | | | | | |
| First passive other | | | | | | | | 2,776. |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | | | | | | | | |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | 2,776. | | | | | | | 2,776. |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | | | | | | | | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | | | | | | | | |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | 186. | | | | | | | |
| Deductions related to portfolio income | | | | | | | | 186. |
| Other | | | | | | | | |

721551
04-27-07

**SCHEDULE E** | **INCOME FROM PASSTHROUGH STATEMENT, PAGE 2** | **2007**

**Name** JOSEPH S. VOTTA, JR

**Passthrough** VOTTA & VOTTA LAW OFFICES, LTD. - VOTTA & VOTTA LAW OFFIC **ID** 05-0385348 **SSN/EIN** 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

S CORPORATION TAXPAYER

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | 1,159. | | | | | | | 1,159. |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | 255. | | | | | | | 255. |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Qualified production activities income | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |

721552
04-27-07