# EXHIBIT 10

Reciept.

**Receipt**

This will acknowledge my receipt of check # 6189 in the amount of $33,690.67, representing a loan payable from Votta & Votta Law Offices, Ltd.

Joseph S. Votta

Joseph S. Votta, Jr.

Dated: 4-13-06