UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

VOTTA & VOTTA LAW OFFICES, LTD.,
Plaintiff

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,
Defendant

C.A. NO. 07-420-ML

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Unum Life Insurance Company of America ("Unum Life") moves for summary judgment in its favor pursuant to Federal Rule of Civil Procedure 56. As set forth in more detail in the accompanying Memorandum of Law, as a matter of law the business overhead expense policy at issue in this case does not provide benefits when the insured has sold or transferred his interest in the business. The undisputed material facts establish that in April 2006 Joseph Votta, Jr. ("Joseph") signed over his interest in Votta & Votta Law Offices, LTD. ("V7V") in exchange for a payment representing one-third of the book value of the firm; Joseph believed that he had been bought out; Joseph has no obligation to repay the money he received; and Joseph has not had any responsibility for any portion of V&V's monthly expenses. Therefore, based on the undisputed material facts V&V is not entitled to any additional benefits under the business overhead expense policy at issue in this case. In support of this Motion, Unum Life submits the accompanying Statement of Undisputed Material Facts, Memorandum of Law, Affidavit of April Allard, and Affidavit of Joan O. Vorster.

UNUM LIFE INSURANCE COMPANY OF AMERICA

By its attorney,

/s/ Joan O. Vorster

Joan O. Vorster, Esq. (#5784)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: August 20, 2008

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2008.

/s/ Joan O. Vorster

Joan O. Vorster, Esq.

Dated: August 20, 2008