UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD.,<br>Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,<br>Defendant | C.A. NO. 07-420-ML |

**AFFIDAVIT OF APRIL ALLARD**

I, April Allard, under oath do declare and state:

1. My name is April Allard. I am a Lead Disability Benefits Specialist at Unum Life Insurance Company of America ("Unum") and I handled the claim for benefits under Policy No. LAD225675 issued to Joseph S. Votta Jr. I am over eighteen years of age. I have personal knowledge of the facts set forth in this affidavit.

2. Attached under Tab A is a true and accurate copy of Joseph Votta, Jr.'s ("Joseph") Business Overhead Expense Policy.

3. Attached under Tab B are true and accurate copies of the August 31, 2005 letters from Joseph's attorney to Unum.

4. Attached under Tab C is a true and accurate copy of Dr. Wall's IME report, redacted to remove protected health information.

5. Attached under Tab D is a true and accurate copy of the Benefit Center Phone Memo for the August 10, 2006 telephone call between Unum and Steven Votta.

6. Attached under Tab E are true and accurate copies of the October 16, 2006 letters from Unum to Votta & Votta Law Offices, Ltd. ("V&V") and Joseph's attorney.

7. Attached under Tab F is a true and accurate copy of the October 19, 2006 letter from Unum to V&V.

8. Attached under Tab G is a true and accurate copy of the notes from the claim file of the October 27, 2006 telephone call between Unum and Jennifer from Attorney Deluca's office.

9. Attached under Tab H is a true and accurate copy of the notes of the October 31, 2006 telephone call between Unum and Jennifer from Attorney Deluca's office.

10. Attached under Tab I is a true and accurate copy of the December 27, 2006 letter from counsel for V&V to Unum.

11. Attached under Tab J is a true and accurate copy of the January 12, 2007 letter from counsel for V&V to Unum.

12. Attached under Tab K is a true and accurate copy of the January 22, 2007 letter from Unum to counsel for V&V.

13. Attached under Tab L is a true and accurate copy of the February 22, 2007 letter from counsel for V&V to Unum.

14. Attached under Tab M is a true and accurate copy of the March 7, 2007 letter from Unum to counsel for V&V.

15. Attached under Tab N is a true and accurate copy of the July 23, 2007 letter from Unum to counsel for V&V.

16. Attached under Tab O is a true and accurate copy of the September 26, 2007 letter from counsel for V&V to Unum.

17. Attached under Tab P is a true and accurate copy of the October 11, 2007 letter from Unum to counsel for V&V.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2008.

APRIL ALLARD