# EXHIBIT B

DN JW.

DeLuca & Weizenbaum, Ltd.

Attorneys at Law

199 North Main Street
Providence RI 02903
phone: 401. 453. 1500
fax: 401. 453. 1501
firm@delucaandweizenbaum.com

Amato A. DeLuca*
Miriam Weizenbaum**
Michael T. Eskey

Ann M. Pinheiro, RN

*also Member of Massachusetts Bar
**also Member of Pennsylvania Bar

August 31, 2005

UNUM Life Insurance Company of America
2211 Congress Street
Portland, ME 04122

RE: *Insured: Joseph Votta*
*Policy #LAD225674*

To Whom It May Concern:

This office represents Joseph Votta. This letter shall serve as notice that Joseph Votta has been totally disabled since April 1, 2005. This letter is being written pursuant to the provisions of Mr. Votta's disability policy with UNUM Life Insurance Company of America Policy #LAD225674. Please forward all claims forms directly to me at the above address. If you have any questions, please feel free to contact me. Thank you.

Very truly yours,
Deluca & Weizenbaum, Ltd.

Amato A. Deluca

AAD/jmh

Post-it® Fax Note 7671

| | |
|---|---|
| | Date [illegible] |
| To Benefits | From Donna Arcuitt |
| Co./Dept. | Co. |
| Phone # | Phone # 1800 227 8138 |
| Fax # (774)-437-7041 | Fax # (423) 752-5426 |

www.delucaandweizenbaum.com

Rec'd By WCCC SEP 0 9 2005

Printed on ORHCCF01 Sequence #10056 at 17:06:16 09-08-2005 Page 1 of 1

Fax to 75216,+ (IDIORH) received at 09/12/2005 09:41:03 from (423 752 5429). Page 1 of 1 pages (C)

SEP-12-2005 MON 09:40 AM ID CUSTOMER SERVICES FAX NO. 423 752 5429 P. 01

SEP 07 2005

DeLuca & Weizenbaum, Ltd.
Attorneys at Law

199 North Main Street
Providence RI 02903
phone: 401. 453. 1500
fax: 401. 453. 1501
firm@delucaandweizenbaum.com

Amato A. DeLuca*
Miriam Weizenbaum**
Michael T. Paley

Ann M. Pinheiro, RN

*also Member of Massachusetts Bar
**also Member of Pennsylvania Bar

August 31, 2005

UNUM Life Insurance Company of America
2211 Congress Street
Portland, ME 04122

RE: *Insured: Joseph Votta*
*Policy #LAD225675*

To Whom It May Concern:

This office represents Joseph Votta. This letter shall serve as notice that Joseph Votta has been totally disabled since April 1, 2005. This letter is being written pursuant to the provisions of Mr. Votta's disability policy with UNUM Life Insurance Company of America Policy #LAD225675. Please forward all claims forms directly to me at the above address. If you have any questions, please feel free to contact me. Thank you.

Very truly yours,
DeLuca & Weizenbaum, Ltd.

Amato A. Deluca

AAD/jmh

SEP 12 2005

| Post-it® Fax Note 7671 | Date 9/6/05 # of pages 1 |
|---|---|
| To Benefits | From Donna Doaut |
| Co./Dept. | Co. |
| Phone # | Phone # 1800 227 8138 |
| Fax # (774)-457-7041 | Fax # (423) 752 8466 |

RAM SEP 13 2005

www.delucaandweizenbaum.com

Rec'd By WCCC SEP 12 2005

Printed on ORHCCF01 Sequence #10008 at 09:43:39 09-12-2005 Page 1 of 1

UACL00018