# EXHIBIT C

REDACTED

184 WATERMAN STREET
PROVIDENCE, RHODE ISLAND 02906

(401) 273-1010

May 12, 2006

Jennifer Clark
Independent Assessment Coordinator
One Fountain Square 15C16
Chattanooga, TN 37402
Tel: 888-321-9343 x 45431
Fax: 866-406-0473

# INDEPENDENT MEDICAL EVALUATION

**RE: Joseph S. Votta, Esq.**
**DOB: 11-26-54**

Dear Ms. Clark:

Pursuant to your request, I have evaluated Atty. Joseph Votta to review his history; to determine his diagnosis, if any; to review his treatment needs and prognosis for recovery; to make treatment recommendations, if necessary; and to assess whether he currently has functional impairments.

<u>SUMMARY OF OPINION</u>:

<u>IDENTIFYING DATA OBTAINED FROM MR. VOTTA</u>

UACL00236

REDACTED

**INFORMED CONSENT FOR EVALUATION:**

**SOURCES OF INFORMATION:**

With Mr. Votta's consent, I conducted telephone interviews with the following individuals:

1. , MD, Mr. Votta's current treating on 4/28/06.
2. , Ph.D., Mr. Votta's current treating , on 5/10/06; and
3. Ede Votta, his wife, on 5/11/06.

REDACTED

REDACT

UACL00239

REDACTE

UACL0

REDACTED

REDACTED

**Information obtained from my interview of Dr**

His business

recently bought him out.

REDACTED

REDACTED

**Information obtained from my interview of Dr.**

Mr. Votta and . . last met on 4/18/06. He had just sold his share of the business, and was relieved by it. Although his family business partners owed him money, he took what they gave him.

**Information obtained from my interview of Ms. Votta:**

UACL00244

REDACTED

REDACTED

UACL00247

REDACTED

REDACTED

UACL00249

REDACTED

REDACTED

UACL00251

REDACTED

UACL00252

that his

REDACTED

UACL00253

REDACTED

REDACTED

UACL00255

REDACTED

UNUMPROVIDENT

REDACTED

January 17, 2006

**RE: Certification Statement for Independent Assessment Report on Joseph S. Votta**

Please sign this document attesting to the following:

***I have reviewed all information, records, and data provided to me by the Company. I have responded to the questions presented based on my education, training and experience.***

**(Provider's signature)**

Please attach this document to your report.

Rev: 2/05