# EXHIBIT D

**BENEFITS CENTER PHONE MEMO**

Claimant Name
Address Joseph Votta

Pol/Claim #

Need: Claim ☐ App. ☐

☐ Call in ☑ Call out

Person calling/called:
Attorney Steven Votta
401-331-5555

401-272-6902 fax

Conversation: 2:31 – 8/10/06
Call to Atty. Steven Votta; secretary stated he was unavailable – left message for a return call –
DAE

3:15 - Atty. Votta returned my call; d/c 6/1/06 fax sent by Adam Stimson - he says he never rec'd that fax - he remembers that he was out of the office for 10 days so it may have gotten misfiled - explained current position on BOE - what we are looking for is a P&S or other documentation of the buy-out of his brother's ownership in the business - did a buy-out occur? Mr. Votta stated that no formal buyout has occurred; explained his brother Joseph Votta stated to one of the independent medical evaluators that he "sold his portion of the business" & severed family ties - Atty. Votta is not sure why his brother made this comment b/c no formal buy-out occurred - he states he has little to no →

Date Stamp/Time

☐ Call back: Phone #:

Return by: Refer to:

2248 (4/04)

UACL00331

Communication w/ his brother ; that his brother is not well - last time he saw him he thinks was in April when (he) loaned him some $ - he told (I) that they would deal w/ ~~paying him~~ back @ a later date. he has not heard or spoken to him since - Atty. Votta states that his brother can come back to work anytime - he still has his office the exact way it was when he walked out 3/31/05 - Atty. Votta has no intention of pushing his brother out of the practice - he is still 1/3 owner & is responsible for expenses - asked if (I) still draws a salary from the practice & Atty. Votta stated "No" - he asked if I could re-fax Adam's 6/1/06 [illegible] - which I do but explained it only ~~[illegible]~~ requests a copy of buy-out information - Atty. Votta stated he sent a letter out yesterday demanding payment under BOE as it has been 3 months since he has heard anything. Explained that now that we know a buy-out was never effectuated I will review w/ my manager & get back to him - he stated he is putting together current expense information to submit to us for payment - thanked him for calling - agreed we would be in contact w/ each other very soon.

DAE 8/10/[illegible]

UACL00332