# EXHIBIT E

UNUMPROVIDENT

October 16, 2006

DeLuca & Weizenbaum, Ltd.
Attorneys At Law
Attn: Amato A. DeLuca
199 North Main Street
Providence, RI 02903

Re: Mr. Joseph Votta
Claim #'s CAL052035, CLA052036

Dear Mr. DeLuca,

Due to a change in claim assignments, I would like to introduce myself as the Disability Benefits Specialist handling Mr. Votta's claim. Going forward, please direct all correspondence to my attention.

Mr. Votta's file has recently been returned from our Financial Consultant. Based on our review of the expenses submitted for the period December 1, 2005 through April 2006, a check in the amount of $$31,417 has been processed and will be mailed directly to Votta and Votta Law Offices.

In order to consider benefits under the Business Overhead Expense claim beyond April 30, 2006, we need confirm in writing, if Mr. Votta continues to have ownership in the law firm. As soon as confirmation of this is received, we will consider any further benefits due.

We noted that a Claimant and Physician Supplemental Statement was enclosed with Mr. Votta's check for the period September 1, 2006 to October 1, 2006. We ask that Mr. Votta return this completed form to our office at least 3 days prior to November 1, 2006.

Thank you for your cooperation. If you should have any questions, please feel free to contact me at (800)228-4568, ext. 75979, or by fax 774-437-6506.

Sincerely,

Linda M. Downing, ALHC, HIA
Lead Disability Benefits Specialist
Unum Life Insurance Company

UNUMPROVIDENT

October 16, 2006

Votta & Votta Law Offices, Ltd.
Attn: Steven J. Votta
900 Smith Street
At River Avenue
Providence, RI 02908-2797

Re: Joseph S. Votta, Jr.
Claim #CLA052036

Dear Mr. Votta,

Due to a change in claim assignments, I am handling the file on Mr. Joseph Votta, Jr. Going forward, please direct all correspondence to my attention.

Upon reviewing Mr. Votta's claim file, a fax was sent to you by Ms. Eichel on September 27, 2006, requesting in writing, confirmation of Mr. Votta's ownership. To date, we have not received a response.

Our Financial Consultant has reviewed the expenses submitted for the period December 2005 through June 2006. Based on our review of the information, a check in the amount of $31,417 has been processed and will be mailed to your office under separate cover. Please be advised, this check represents payment for the period December 2004 to May 1, 2006. Once we receive confirmation of Mr. Votta's ownership, additional benefits will be considered. Should he no longer have ownership in the law firm, we request a copy of the Purchase & Sale Agreement so that we may document his claim file.

Thank you for your assistance. If you should have any questions, please contact me at (800)228-4568, ext. 75979, or by fax 774-437-6506.

Sincerely,

Linda M. Downing, ALHC, HIA
Lead Disability Benefits Specialist
Unum Life Insurance Company of America