# EXHIBIT F

UNUMPROVIDENT

October 19, 2006

Votta & Votta Law Offices
Attn: Steven J. Votta
900 Smith Street
At River Avenue
Providence, RI 02908-2797

Re: Mr. Joseph Votta
Claim #'s CAL052035, CLA052036

Dear Mr. Votta,

I am in receipt of your October 13, 2006 letter addressed to Ms. Eichel.

Under Mr. Votta's policy, Conditions and Time Limits, item #4 states:

We must be given the information which we need to determine if a benefit is payable and how much that benefit should be. We may require relevant portions of income tax returns for you or your business, income statements vouchers for overhead expenses, and other statements or reports of receipts and payments. We may also require evidence that you were liable for an overhead expense before disability began.

To consider on going benefits under the Business Overhead claim, we need to verify Mr. Votta's ownership. Therefore, we are requesting that you confirm his current ownership to document his claim file.

We appreciate your assistance. If you should have any questions, please feel free to contact me at (800)228-4568, ext. 75979, or by fax 774-437-6506.

Sincerely,

Linda M. Downing, ALHC, HIA
Lead Disability Benefits Specialist
Unum Life Insurance Company