# EXHIBIT G

Called attorney DeLuca's office and asked to speak with Jennifer? This is Jennifer. I introduced myself and company I was calling from. She said she did try to call me back the other day and either she wrote my number down wrong or that I gave her a wrong number. Told her I apologize but the reason for my call is that we are attempting to obtain a written statement documenting whether or not Joseph still has ownership in the law firm. Told her that Mr. Steven Votta said he does and then we have information in the file indicating that Joseph sold his share In April. Advised her that we did pay under the BOE through April but and to consider any further benefits, Mr. Votta needs to maintain his ownership.

She understands and she does recall Joseph signing or saying something that he sold his share back in April 2006. She will she was she can do to get us the information that we are looking for. I gave her my number and thanked her for her help.

10/27/06 LMD
12:45pm