# EXHIBIT H

Jennifer from Attorney DeLuca's office calling to let me know she should have an answer to my question regarding the sale of his shares in April. Also, can you tell me when his check for October was issued? Told her today. She asked when are the checks normally issued so she can let insured know? Told her within the last week of the month. Ok. She will get back to me within a couple of days. I thanked her and our call ended.

10/31/06 LMD
10:25am

UACL00885