# EXHIBIT I

NE3

***BERNARD P. HEALY***
*Attorney And Counselor At Law*
*Proctor In Admiralty*

December 27, 2006

Ms. April Allard, ALHC, ACS
Lead Disability Benefit Specialist
UNUM Life Insurance Company of America
UNUM Provident Corporation
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Overhead Policy #LAD 225675
Claim#:CLA 052036

Dear Ms. Allard:

Steven J. Votta, Esquire and Attorney Jill S. Votta have engaged me to represent the firm of Votta & Votta Law Offices, Ltd. in reference to the rights of that firm pursuant to Policy #LAD 225675 and particularly to your Claim Number CLA 052036. I have had an opportunity to review the policy at issue and your letter of December 7, 2006. If I understand your reasoning, you contend that an insured must continue to maintain his ownership interest in the business where he or she had been employed to be entitled to receipt of the overhead expense disability income policy benefits. Again, if I understand you correctly, you come to this conclusion because covered overhead expenses, as that term is used in the policy, means the insured's share of the usual and customary business expenses which the insured or his or her business incurs on a regular basis and are essential to the established business operation. Thus, you reason, that an insured who conveys his or her interest in the business upon disability forfeits the overhead expense benefits upon the date of conveyance.

NLL DEC 28 2006

There is no legitimate basis for this policy interpretation. Nowhere in the policy itself is there ever an express declaration that ownership of the affected business of the insured must continue during the period of disability. In fact, there is every reason to believe that such is not a requirement. The definition which you cited has a second paragraph which states, "covered overhead expenses are normally paid from earnings that depend on your presence and individual efforts; they continue during disability; and they are the ones for which you <u>were liable</u> in the normal conduct of the business before disability began." This paragraph per my reading states that an insured may quite often not be liable for the business expenses after the onset of disability.

Using your logic, the owner of real property and structures thereon would have to continue to maintain ownership of the property after it was destroyed by fire to recover benefits under the policy. The position is absurd. Your liability is determined at the time the claim accrues. It is our position that nothing which happens thereafter affects that liability.

APA DEC 29



UACL00927

***BERNARD P. HEALY***
*Attorney And Counselor At Law*
*Proctor In Admiralty*

Ms. April Allard, ALHC, ACS
December 27, 2006
Page Two

Your assertion otherwise is in bad faith. You are an insurer, not a business partner or a shareholder. You have no entitlement to the details of the internal operation of the Votta & Votta Law Offices, Ltd. which have occurred since the date your liability began. You demand for information is not only in patent bad faith, it is also absurd. How can anyone at Votta & Votta Law Offices, Ltd. explain Dr. Wall's conversations with Dr. Kenner and Mr. Votta since no one at that office was privy to those conversations and only learned of such conversations upon receipt of your letter. For that matter, what right do you have to disclose to us privileged conversations between Joseph Votta, Jr. and his treating physicians. Your conduct in this matter is both highly irregular and objectionable.

You have received complete documentation regarding the ongoing entitlement of Votta & Votta Law Offices, Ltd.to payment under the overhead expense disability income policy. Despite the fact that payment is due for covered periods, you have not made the necessary remittance. Unless payment is made within the next 15 days, I will be commencing legal action against you.

Very truly yours,

Bernard P. Healy

BPH/cm



UACL00928

Bernard P. Healy, Esq.
750 East Avenue
Pawtucket, RI 02860

PROVIDENCE RI 029

27 DEC 2006 PM 2 T



Ms. April Allard, ALHC, ACS
Lead Disability Benefit Specialist
UNUM Life Insurance Company of America
UNUM Provident Corporation
18 Chestnut Street
Worcester, MA 01608-1528

01608+1528

UACL00929