# EXHIBIT K

UNUMPROVIDENT

January 22, 2007

Bernard P. Healey
750 East Avenue
Pawtucket, RI 02860

*RE: Insured, Joseph S. Votta, Jr.*
*Policy # LAD225675*
*Claim # CLA 052036*

Dear Mr. Healey,

We are writing to you at this time in response to your letter dated January 12, 2007 regarding our above-referenced Insured, Joseph S. Votta, Jr.

As stated in our letter to you dated January 4, 2007, in light of your statements in your December 27, 2006 letter, we have asked Attorney DeLuca, on behalf of Joseph S. Votta, Jr., to confirm that our understanding of the authorization is correct and that we are authorized to discuss the specifics of our claim evaluation under Policy Number LAD225675 with Steven J. Votta and you. We have not received a response from Attorney DeLuca regarding this matter. As such, we will refrain from discussing any specifics with you at this time.

We believe the language in Policy Number LAD225675 is clear and unambiguous. Specifically I point to the definition of "Covered overhead expenses". "Covered overhead expenses" is defined, in part, as follows:

> "Covered overhead expenses" means your share of the usual and customary business expenses that are not excluded below which you or your business incurs on a regular basis and are essential to your established business operation.

As defined above, the "covered overhead expenses" are **your share** of the usual and customary business expenses... [emphasis added]. We are willing to consider and evaluate any documentation you may wish to submit demonstrating that Joseph S. Votta, Jr. is responsible for a portion of the usual and customary business expenses for Votta & Votta Law Offices, LTD.

Additionally, you stated, in part, the following in your January 12, 2007 letter:

> "In your correspondence of January 4, 2007 you indicate that you sent Mr. DeLuca a copy of my letter of December 27th along with your letter dated December 29th, 2006 regarding your decision of # CLA 052036. I have not received any letter from you dated December 29, 2006. I have also conferred with my clients and neither Steven

nor Jill nor Votta & Votta Law Offices, Ltd. have received any correspondence regarding your decision in reference to claim # CLA 052036."

Your above statements are correct. Our December 29, 2006 letter was only sent to Attorney DeLuca, who is the attorney for our Insured, Joseph S. Votta, Jr. Again, as stated above, we have requested Attorney DeLuca to confirm our understanding of the authorization provided to our office that we are authorized to discuss the specifics of our claim evaluation under Policy Number LAD225675 with Steven J. Votta and you. Again, as we have not received any confirmation from Attorney DeLuca, we have refrained from discussing any further specifics with Steven J. Votta and you.

Should you have any questions, or if I may be of any assistance, please contact me toll-free at 1-888-226-7959, extension 76276, or directly at (774) 437-6276. If at any time during the claim you have concerns with our claim process, or a specific step in the claim process, which have not been addressed to your satisfaction, please call us at 1-866-865-9015 for additional assistance.

Sincerely,

Copy

April Allard, ALHC, ACS
Lead Disability Benefits Specialist
*Unum Life Insurance Company of America*

AA

cc: Amato A. DeLuca
DeLuca & Weizenbaum, LTD
199 North Main Street
Providence, RI 02903

UACL01113