# EXHIBIT L

a. allard
NFB

**BERNARD P. HEALY**
*Attorney And Counselor At Law*
*Proctor In Admiralty*

February 22, 2007

Rec'd By WCCC FEB 26 2007

Ms. April Allard, ALHC, ACS
Lead Disability Benefit Specialist
UNUM Life Insurance Company of America
UNUM Provident Corporation
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Overhead Policy #LAD 225675
Claim#:CLA 052036

NLL FEB 27 2007

Dear Ms. Allard:

The benefits portion of your policy obligates UNUM Life Insurance Company of America to pay the total disability benefit in any month after the insured has satisfied the elimination period during which he or she is totally disabled, which disability is a result of the injury or sickness which caused the insured to satisfy the elimination period and the total amount paid for that disability does not exceed the total overhead expense benefits. That portion of the policy contains no limitation in reference to the insured maintaining a continued ownership in the business. The portion of the policy upon which you rely is a definition. Within the definition, you are asserting that the use of the word "your" requires that your insured remain liable for business expenses during the entire period of disability, although that is not a condition listed in your payment of benefits. What is particularly damning in my eyes is the fact that within the same definition, you use the past tense in reference to covered overhead expenses stating, "they are the ones for which you <u>were</u> liable in the normal conduct of the business before disability began." It seems to me the definition itself does not require that Joseph Votta be responsible for a portion of the expenses as disability continues. Your position is unreasonable and demonstrates patent bad faith.

My clients will not release private information regarding the internal operation of their practice unless and until a court finds that it is a condition precedent to their right to benefits under the policy. You seem to assume that Joseph Votta, Jr., Esquire has indeed alienated all his right title and interest to the practice. Be assured that is not the case and, if ordered by the court, my clients will be able to present contradictory evidence.

**750 East Avenue Pawtucket, RI 02860 Ph** *(401) 721-2260 Fax (401) 721-2230*

APR MAR 02 2007

Ms. April Allard, ALHC, ACS
UNUM Life Insurance Company of America
February 22, 2007
Page Two

At this point, unless you resume payments pursuant to this claim, I will have no option but to commence legal action against you. Unless I hear otherwise from you, I will do that on or before March 31, 2007.

Very truly yours,

Bernard P. Healy

BPH/cb

750 East Avenue Pawtucket, RI 02860 Ph (401) 721-2260 Fax (401) 721-2230

UACL01127