# EXHIBIT M

UNUMPROVIDENT

March 7, 2007

Bernard P. Healy
750 East Avenue
Pawtucket, RI 02860

RE: *Insured, Joseph S. Votta, Jr.*
*Policy # LAD225675*
*Claim # CLA052036*

Dear Mr. Healy,

We are in receipt of your letter dated February 22, 2007.

We believe our previous letters of January 4, 2007 and January 22, 2007 are responsive to your statements in your February 22, 2007 letter. I have enclosed copies of the January 4, 2007 and January 22, 2007 letters for your reference.

I can be reached toll-free at 1-888-226-7959, extension 76276, or directly at (774) 437-6276. If at any time during the claim you have concerns with our claim process, or a specific step in the claim process, which have not been addressed to your satisfaction, please call us at 1-866-865-9015 for additional assistance.

Sincerely,

April

April Allard, ALHC, ACS
Lead Disability Benefits Specialist
*Unum Life Insurance Company of America*

AA

cc: Amato A. DeLuca
DeLuca & Weizenbaum, LTD
199 North Main Street
Providence, RI 02903

Enclosures



UACL01129