# EXHIBIT N

unum

18 Chestnut Street
Worcester, MA 01608-1528
508 799 4441
www.unum.com

July 23, 2007

Bernard P. Healy
750 East Avenue
Pawtucket, RI 02860

*RE: Insured, Joseph S. Votta, Jr.*
*Policy # LAD225675*
*Claim # CLA052036*

Dear Mr. Healy,

As you are aware, we received your letter dated June 22, 2007, as well as Attorney Steven Votta's letter dated June 21, 2007 and the accompanying documentation.

This information has been reviewed by our Financial Consultant.

We do note the following from a review of the Rhode Island Secretary of State's website for Corporations on 7/9/07:

Votta & Votta Law Offices, LTD

- Annual Report for 2007 filed on 3/13/07:
  - President, Secretary and Treasurer: Jill S. Votta
  - Vice President: Steven J. Votta
- Annual Report for 2006 filed on 2/21/06:
  - President, Secretary and Treasurer: Jill S. Votta
  - Vice President: Steven J. Votta
- Annual Report for 2005 filed on 2/2/05:
  - President, Secretary and Treasurer: Jill S. Votta
  - Vice President: Joseph S. Votta, Jr.

At this time we are requesting the following additional information:

1. Please confirm, in writing, that the K-1 submitted to our office is the exact copy filed along with the 2006 business tax return for Votta & Votta Law Offices with the IRS.
2. A signed copy of the executed loan agreement between Votta & Votta Law Offices and Joseph S. Votta, Jr., including any addendums.
3. Copies of documentation that Joseph S. Votta, Jr. has paid 1/3 of the expenses, or that he was legally required to pay 1/3 of the expenses.
4. A signed copy of the Employment Agreement between Votta & Votta Law Offices and Joseph S. Votta, Jr., including any addendums.

We look forward to receiving the requested information. Should you have any questions, or if I may be of any assistance, please contact me toll-free at 1-888-226-7959, extension 76276, or directly at (774) 437-6276. If at any time during the

UACL01855

UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES

claim you have concerns with our claim process, or a specific step in the claim process, which have not been addressed to your satisfaction, please call us at 1-866-865-9015 for additional assistance.

Sincerely,

April Allard, ALHC, ACS
Lead Disability Benefits Specialist
*Unum Life Insurance Company of America*

AA

cc: Amato A. DeLuca
DeLuca & Weizenbaum, LTD
199 North Main Street
Providence, RI 02903

Steven J. Votta
Votta & Votta Law Offices, LTD
900 Smith Street
At River Avenue
Providence, RI 02908

UACL01856