# EXHIBIT O

A Allard
N63

*BERNARD P. HEALY*
*Attorney And Counselor At Law*
*Proctor In Admiralty*

---

September 26, 2007

Ms. April Allard, ALHC, ACS
Lead Disability Benefit Specialist
UNUM Life Insurance Company of America
UNUM Provident Corporation
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Overhead Policy #LAD 225675
Claim#:CLA 052036

Dear Ms. Allard:

Rec'd SEP 28 2007

I have spoken both to Steven J. Votta, Esquire and Jill S. Votta, Esquire or as she prefers Attorney Jill S. Votta. They confirm that the K-1 submitted to your office by me is the exact copy filed along with the 2006 business tax return for Votta & Votta Law Offices, Ltd. with the Internal Revenue Service.

There was no written loan agreement between Votta & Votta Law Offices, Ltd. and Joseph S. Votta, Jr., Esquire. Naturally, there would not be any addenda to an oral agreement. In reference to your request for documentation that Joseph S. Votta, Jr., Esquire had paid one third of the expenses or that he was legally required to pay one third of the expenses of Votta & Votta Law Offices, Ltd., there is no such document which was generated by the office. I do, however, refer you to the policy application which was incorporated by reference in the policy itself. In the application, Mr. Votta delineated his obligations to the firm and actually listed the monthly expenses for which he was proportionately responsible. Please understand that Votta & Votta Law Offices, Ltd. was and is a family business. There was never any written agreement which specifically delineated the individual rights and responsibilities of each separate member of the firm. There was never a signed copy or any document which could be described as an employment agreement between Votta & Votta Law Offices, Ltd. and Joseph S. Votta, Jr., Esquire.

At this point, my client has provided you with all documentation possible. Since my client has received no further payment pursuant to the policy, I act under the assumption that you are denying this claim. Enclosed please find a complaint which

APA OCT 01 2007



Rec'd By WCCC SEP 27 2007

UACL01876

Ms. April Allard, ALHC, ACS
Lead Disability Benefit Specialist
UNUM Life Insurance Company of America
UNUM Provident Corporation
September 26, 2007
Page Two

I will be filing in the Superior Court, Providence County, on October 12, 2007, if this matter is not resolved . May I hear from you?.

Very truly yours,

Bernard P. Healy

BPH/mm
Enclosure

UACL01877