# EXHIBIT P

unum

18 Chestnut Street
Worcester, MA 01608-1528
508 799 4441
www.unum.com

October 11, 2007

Bernard P. Healy
750 East Avenue
Pawtucket, RI 02860

*RE: Insured, Joseph S. Votta, Jr.*
*Policy # LAD225675*
*Claim # CLA052036*

Dear Mr. Healy,

We are in receipt of your letter dated September 26, 2007. Thank you.

We believe our previous letters are responsive to your statements in your September 26, 2007 letter.

Should you have any questions, or wish to discuss this further, I can be reached toll-free at 1-888-226-7959, extension 76276, or directly at (774) 437-6276.

Sincerely,

copy

April Allard, ALHC, ACS
Lead Disability Benefits Specialist
*Unum Life Insurance Company of America*

AA

UACL01883

UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES