UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

VOTTA & VOTTA LAW OFFICES, LTD.,
Plaintiff

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,
Defendant

C.A. NO. 07-420-ML

# AFFIDAVIT OF JOAN O. VORSTER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Joan O. Vorster, on oath do depose and state as follows:

1. I am an attorney with the law firm of Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts 01608-1477. I have been a member of the Massachusetts Bar in good standing since 1987, and the Rhode Island Bar in good standing since 1997. I am admitted to practice before the state and federal courts in Massachusetts, Rhode Island and Connecticut. I represent the defendant, Unum Life Insurance Company of America. I have personal knowledge of the facts set forth in this Affidavit.

2. Attached under Tab A are true and accurate copies of selected portions of the deposition of Joseph Votta, Jr.

3. Attached under Tab B is a true and accurate copy of Exhibit 3 to the deposition of Joseph Votta, Jr.

4. Attached under Tab C is a true and accurate copy of Exhibit 4 to the deposition of Joseph Votta, Jr.

5. Attached under Tab D is a true and accurate copy of Exhibit 5 to the deposition of Joseph Votta, Jr.

6. Attached under Tab E is a true and accurate copy of Exhibit 6 to the deposition of Joseph Votta, Jr.

7. Attached under Tab F is a true and accurate copy of Exhibit 7 to the deposition of Joseph Votta, Jr.

8. Attached under Tab G is a true and accurate copy of Exhibit 9 to the deposition of Joseph Votta, Jr.

9. Attached under Tab H is a true and accurate copy of Exhibit 10 to the deposition of Joseph Votta, Jr.

10. Attached under Tab I are true and accurate copies of selected portions of the deposition of Steven Votta.

11. Attached under Tab J is a true and accurate copy of Exhibit 3 to the deposition of Steven Votta.

12. Attached under Tab K is a true and accurate copy of Exhibit 5 to the deposition of Steven Votta.

13. Attached under Tab L is a true and accurate copy of Exhibit 6 to the deposition of Steven Votta.

14. Attached under Tab M is a true and accurate copy of Exhibit 7 to the deposition of Steven Votta.

15. Attached under Tab N is a true and accurate copy of Exhibit 8 to the deposition of Steven Votta.

16. Attached under Tab O is a true and accurate copy of Exhibit 9 to the deposition of Steven Votta.

17. Attached under Tab P is a true and accurate copy of Exhibit 10 to the deposition of Steven Votta.

18. Attached under Tab Q is a true and accurate copy of Exhibit 11 to the deposition of Steven Votta.

19. Attached under Tab R is a true and accurate copy of Exhibit 13 to the deposition of Steven Votta.

20. Attached under Tab S is a true and accurate copy of Exhibit 15 to the deposition of Steven Votta.

21. Attached under Tab T are true and accurate copies of selected portions of the deposition of Jill Votta.

22. Attached under Tab U is true and accurate copy of Exhibit 11 from the deposition of Jill Votta.

23. Attached under Tab V are true and accurate copies of selected portions of the deposition of John Renza.

24. Attached under Tab W is a true and accurate copy of Exhibit 14 from the deposition of John Renza.

Signed under the pains and penalties of perjury this 19th day of August, 2008.

Joan O. Vorster