# EXHIBIT B

8/2/2005

To: Cam, Steve & Jill at V&V:

Please send me the money that I am owed from my bonus account for 2003, and 2004, as well as the $40,000 that I was supposed to receive as a 2004 bonus from the $100k overhead insurance benefit that was paid to V&V in January 2005.

Thank You.

Joe Votta

PENGAD 800-631-6989
EXHIBIT
J. Votta
#3
cj 7/17/20