# EXHIBIT C

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET AT RIVER AVENUE
PROVIDENCE, RHODE ISLAND 02908-2716
(401) 331-5555

THIS CHECK IS IN PAYMENT OF THE FOLLOWING:
LOAN TO STOCKHOLDER

6189

Bank of America.

57-1/115

PAY THE SUM OF ★ 33690 DOLLARS 66 CTS DOLLARS

TO THE ORDER OF Joseph S. Votta jr.

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 4-11-06 | 6189 | 33690.66 |

AUTHORIZED SIGNATURE

⑈006189⑈ ⑆011500010⑆ 71 3695426⑈

---

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET AT RIVER AVENUE
PROVIDENCE, RHODE ISLAND 02908-2716
(401) 331-5555

THIS CHECK IS IN PAYMENT OF THE FOLLOWING:
AAA account in full

6188

Bank of America.

57-1/115

PAY THE SUM OF ★ 6831 DOLLARS 63 CTS DOLLARS

TO THE ORDER OF Joseph S. Votta, jr.

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 4-11-06 | 6188 | 6831.63 |

AUTHORIZED SIGNATURE

⑈006188⑈ ⑆011500010⑆ 71 3695426⑈

---

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET AT RIVER AVENUE
PROVIDENCE, RHODE ISLAND 02908-2716
(401) 331-5555

THIS CHECK IS IN PAYMENT OF THE FOLLOWING:
2005 Bonus in Full

5832

Bank of America.

57-1/115

PAY THE SUM OF 10828 DOLLARS 25 CTS DOLLARS

TO THE ORDER OF Joseph S Votta jr

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 12-29-05 | 5832 | 10828.25 |

John F Votta
AUTHORIZED SIGNATURE

⑈005832⑈ ⑆011500010⑆ 71 3695426⑈

EXHIBIT
J. Votta #4
CJ 7/7/2008
PENGAD 800-631-6989