# EXHIBIT D

**Receipt**

This will acknowledge my receipt of check # 6189 in the amount of $33,690.67, representing a loan payable from Votta & Votta Law Offices, Ltd.

Joseph S. Votta
Joseph S. Votta, Jr.

Dated: 4-13-06

EXHIBIT
J. Votta
#5
CJ 7/7/2008
PENGAD 800-631-6989