# EXHIBIT E

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
AT RIVER AVENUE
PROVIDENCE, R. I. 02908-2797

JILL S. VOTTA
JOSEPH S. VOTTA, JR.*
STEVEN J. VOTTA
*ALSO MEMBER MASSACHUSETTS AND NEW HAMPSHIRE BARS

(401) 331-5555
FAX (401) 272-6902

Joseph S. Votta
45 Hunters Ridge Drive
Scituate RI 02857

Via Certified Mail

June 1, 2006

Re: Termination of Health Coverage

Dear Joe:

This letter will serve as our official notice to you that this office will no longer be paying your medical coverage. Be advised that your present coverage with Blue Cross of Rhode Island is paid through July 31, 2006.

To continue with your health coverage, you must make arrangements with a health care provider prior to July 31, 2006.

Regards,

Steven J Votta

Jill S. Votta

cc: Regular Mail

EXHIBIT
J. Votta
#6
CJ 7/7/2008
PENGAD 800-631-6989