# EXHIBIT F

DeLuca & Weizenbaum, Ltd.
Attorneys at Law

199 North Main Street
Providence RI 02903
phone: 401. 453. 1500
fax: 401. 453. 1501
firm@delucaandweizenbaum.com

Amato A. DeLuca*
Miriam Weizenbaum**
Michael T. Eskey

Ann M. Pinheiro, RN

*also Member of Massachusetts Bar
**also Member of Pennsylvania Bar

October 31, 2006

Attorney Jill Votta
Votta & Votta Law Offices, Ltd.
900 Smith Street
Providence, RI 02906

Dear Jill:

I have been requested by Unum Provident to provide proof that your brother, Joseph Votta, Jr., no longer has an interest in Votta & Votta Law Offices, Ltd. Joe believes that he signed away any interest in Votta & Votta in April of 2006. Please provide me with a copy of such document. Please feel free to contact me if you have any questions. Thank you.

Very truly yours,
Deluca & Weizenbaum, Ltd.

Amato A. Deluca

AAD/jmh

11-2-06

EXHIBIT
J. Votta
#7
CJ 7/7/2008
PENGAD 800-631-6989