# EXHIBIT H

unum

18 Chestnut Street
Worcester, MA 01608-1528
508 799 4441
www.unum.com

December 29, 2006

DeLuca & Weizenbaum, LTD
Attorneys at Law
199 North Main Street
Providence, RI 02903
Attn: Amato A. DeLuca

*RE: Joseph S. Votta, Jr.*
*Policy # LAD225675*
*Claim # CLA052036*

Dear Mr. DeLuca,

We are writing to you at this time to provide you with an update regarding the above-referenced Overhead Expense Disability Income claim.

As we stated in our letter dated December 7, 2006, we were evaluating any benefits payable under Claim Number CLA052036 (the claim for benefits under the Overhead Expense Disability Income Policy), along with Mr. Votta's current ownership in Votta & Votta Law Offices, LTD.

Mr. Votta underwent Independent Medical Evaluations (IMEs) for our company. An evaluation was performed by Steven J. Hirsch, PH.D., A.B.P.P. on March 30, 2006 and an evaluation was performed by Barry W. Wall, M.D. on April 20, 2006; Dr. Wall's report is dated May 12, 206.

As part of his evaluation, Dr. Wall had the opportunity to speak with one of Mr. Votta's attending physicians, Dr. Kenner. Regarding Dr. Wall's interview of Dr. Kenner, Dr. Wall noted, in part, the following in his report:

> "Mr. Votta and Dr. Kenner last met on 4/18/06. He had just sold his share of the business, and was relieved by it. Although his family business partners owed him money, he took what they gave him."

Also as part of his evaluation, Dr. Wall had the opportunity to speak with Mr. Votta's wife, Ms. Votta. Regarding Dr. Wall's interview of Ms. Votta, Dr. Wall noted, in part, the following in his report:

UACL01887

EXHIBIT
J. Votta
#10
7/7/2008
PENGAD 800-631-6989

> "When I asked whether Mr. Votta had sold his share of the business, Ms. Votta indicated that he and his family signed some papers about a month ago. They had been talking about cutting him loose. He is relieved by this."

Policy Number LAD225675, the Overhead Expense Disability Income Policy, defines "Covered overhead expenses", in part, as follows:

> "Covered overhead expenses" means your share of the usual and customary business expenses that are not excluded below which you or your business incurs on a regular basis and are essential to your established business operation. Covered overhead expenses which are paid on other than a monthly basis (such as covered insurance premiums, taxes on business property and covered professional fees) will be prorated to their monthly costs and included in the monthly covered overhead expenses.

As defined above, the "covered overhead expenses" are <u>your share</u> of the usual and customary business expenses... [emphasis added]. We understand at the beginning of the claim, Mr. Votta was approximately 33.33% owner of Votta & Votta Law Offices, LTD. As such, his share of the usual and customary business expenses was 33.33% and benefits under the Overhead Expenses Disability Income Policy (Policy Number LAD225675) were calculated using this figure.

The current information appears to indicate that Mr. Votta has sold his shares of Votta & Votta Law Offices, LTD and that Mr. Votta's current ownership in Votta & Votta Law Offices, LTD is 0%. Our letter dated December 7, 2006 requested you provide us with documentation to support your previous indications that Mr. Votta continues to be an owner of Votta & Votta Law Offices, LTD. A copy of this letter was sent to you via facsimile on December 7, 2006. We requested the documentation be submitted to our office by December 22, 2006; we have not received any such documentation.

We have also received a letter from Attorney Bernard P. Healey dated December 27, 2006 stating that he is representing Steven J. Votta, Esquire and Attorney Jill S. Votta and the law firm of Votta & Votta Law Offices, LTD regarding their rights to the benefits for Policy # LAD225675. It is our conclusion from our review of this letter that there is no disagreement that your client is no longer an owner of the practice and is no longer incurring the usual and customary business expenses of the practice. Mr. Healey has also stated that Mr. Steven Votta will not provide us with any documentation regarding the operation of the practice. He has further stated that we are not entitled to this information. I am enclosing a copy of this letter for your reference.

Based on the information in the file and the above definition contained in the policy, we are concluding that Mr. Votta's share of the usual and customary business expenses of Votta & Votta Law Offices, LTD is 0%.

Accordingly, Mr. Votta no longer has any share of the usual and customary business expenses of Votta & Votta Law Offices, LTD, no further benefits are payable under the Overhead Expense Disability Income Policy, and we have marked the file accordingly.

UACL01888

At this time we are requesting that you please clarify whether your client wishes us to continue communicating with Votta & Votta Law Offices, LTD regarding the details of his claim.
If you have additional information to support your request for disability benefits, please send it to my attention for further review at the address noted on this letterhead.

However, if you disagree with our determination and intend to appeal this claim decision, you must submit a written appeal. This appeal must be received by us within 180 days of the date of this letter. Your written appeal should include your comments and views of the issues, as well as any new documentation you wish us to consider. You should submit your written appeal to the following address:

Worcester Benefits Center
Appeals Unit
P.O. Box 15112
Worcester, MA 01615-0112

If we do not receive your written appeal within 180 days of the date of this letter, our claim decision will be final.

Should you have any questions, or if I may be of any assistance, please contact me toll-free at 1-888-226-7959, extension 76276. If at any time during your claim you have concerns with our claim process, or a specific step in the claim process, which have not been addressed to your satisfaction, please call us at 1-866-865-9015 for additional assistance.

Sincerely,

April Allard, ALHC, ACS
Lead Disability Benefits Specialist
*Unum Life Insurance Company of America*

AA

UACL01889