# EXHIBIT J

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
AT RIVER AVENUE
PROVIDENCE, R. I. 02908-2797

JILL S. VOTTA
JOSEPH S. VOTTA, JR.*
STEVEN J. VOTTA
*ALSO MEMBER MASSACHUSETTS AND NEW HAMPSHIRE BARS

(401) 331-5555
FAX (401) 272-6902

MAR 07 2006

EXHIBIT 3
S. VOTTA
6/5/08 CSK

March 3, 2006

Mr. Adam Stimson
Sr. Disability Benefits Specialist
UNUM Life Insurance Company of America
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Policy No. LAD 225675

Dear Mr. Stimson:

I write at this time with regard to Claim No. CLA 052036 regarding our employee, mentioned above.

Enclosed please find a copy of an authorization and assignment of rights, which has been executed by Mr. Votta in favor of our law firm. At this time, we are making a claim on this policy for the full amount of benefits commencing with Mr. Votta's disability on April 1, 2005.

It is my understanding that Mr. Votta, or his representatives, have provided you with evidence of his medical disability.

We look forward to hearing from you soon.

Very truly yours,

VOTTA & VOTTA LAW OFFICES, LTD.

Steven J. Votta

SJV/ci
Enclosures

Rec'd By CCC MAR 06 2006

UACL00184

# AUTHORIZATION

I, Joseph S. Votta, Jr., owner of an UNUM Overhead expense disability policy numbered LAD225675, hereby authorize UNUM Life Insurance Company of America, their successors and/or assigns, to discuss and negotiate any benefits, to which I may be entitled, with Jill S. Votta, or Steven J. Votta, or both of them.

Further, I authorize UNUM, and/or UNUM Life Insurance Company of America, to pay any and all benefits on this policy directly to Votta & Votta Law Offices, Ltd., a Rhode Island professional corporation.

2-27-06
Date

Joseph S. Votta, Jr.
Joseph S. Votta, Jr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn to before me this 26 day of February, 2006.

Jennifer Houston
Notary Public

JENNIFER M. HOUSTON
NOTARY PUBLIC
State of Rhode Island
My Commission Expires
July 23, 2009

UACL00185

ASSIGNMENT

I, Joseph S. Votta, Jr., owner of UNUM policy number LAD225675, hereby transfer and assign, to Votta & Votta Law Offices, Ltd. any and all rights which I may have in the above referenced policy. Further, a copy of this assignment shall serve as an original.

2-27-06
Date

Joseph S. Votta jr
Joseph S. Votta, Jr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn to before me this 26 day of February, 2006.

Jennifer Houston
Notary Public

JENNIFER M. HOUSTON
NOTARY PUBLIC
State of Rhode Island
My Commission Expires
July 23, 2009

UACL00186