# EXHIBIT K

EXHIBIT 5
S. VOTTA
4/5/08 CSK

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
AT RIVER AVENUE
PROVIDENCE, R. I. 02908-2797

JILL S. VOTTA
JOSEPH S. VOTTA, JR.*
STEVEN J. VOTTA
*ALSO MEMBER MASSACHUSETTS AND NEW HAMPSHIRE BARS

(401) 331-5555
FAX (401) 272-6902

May 17, 2006

Mr. Adam Stimson
Sr. Disability Benefits Specialist
UNUM Life Insurance Company of America
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Overhead Policy No. LAD 225675

Dear Mr. Stimson:

I write in response to your letter of April 27, 2006. First, regarding your request for Monthly Payroll Registers, be advised that we will not be able to comply with this request. As you are probably aware Federal and State statutes strictly prohibit the promulgation of personal and financial information regarding employees. In spite of that fact, I have enclosed a letter from our CPA firm which provide you with the total annual non attorney employee payroll. This would gives you impartial evidence of the law firm's monthly payroll.

The employee pension benefits are paid once annually. The sum of $1,666.66 simply represents 1/12th of the total contribution. The pension administrator determines how this is handled. To that end, we are awaiting a letter from said administrator which will give you the total benefits paid for all non attorney employees for 2005.

Lastly, regarding monthly health insurance invoices, I had contacted you and asked you to provide me with the provision of the policy by which you maintain that health insurance expenses for Joseph Votta and other officers and attorneys are not covered expenses. You have provided me with a letter via facsimile dated May 10, 2006 in which you make reference to the OP90 contract language stating

"Expenses which are not covered include:

"3. salaries, drawing accounts, profits, benefits and other forms of remuneration which are payable to:

a. anyone employed in your business who performs the same regular occupation as you;

b. anyone hired to replace you during disability; or

c. you or any member of your immediate family who was not a full time paid employee of the business during the last 60 days before disability began."

This clause/section does not apply. With regard to exclusion (a) anyone employed in your business who performs the same regular occupation ...., be advised there are no trial attorneys employed at Votta & Votta Law Offices, Ltd. other than Joseph S. Votta, Jr. Further, this provision does not mention or exclude the insured!

With regard to exclusion (b) anyone hired to replace you during disability, does not apply as no trial attorney was hired to replace Joseph S. Votta, Jr. With regard to exclusion (c), this does not apply.

As you are aware, Mr. Joseph S. Votta, Jr. is a 1/3rd owner and shareholder of Votta & Votta Law Offices, Ltd. and as such is responsible for 1/3rd of expenses. Since the benefits payable under this policy are $6,404.00 per month, that in order for your company to pay the full benefit, our monthly total expenses must exceed $19,212.00. We have already provided you with documentation proving that our monthly expenses far exceed this figure. We question your delay in paying this claim.

We hereby renew our request for the payment of full benefits under this policy at the monthly amount of $6,404.00 for each month of Joseph S. Votta, Jr.'s disability which commenced on April 1, 2005. We have provided you with documentation through November 30, 2005, we hereby demand the payment of the total benefit of $38,424.00.

Very truly yours,

VOTTA & VOTTA LAW OFFICES, LTD.

Steven J. Votta

SJV/ci
Enclosure