# EXHIBIT L

UNUMPROVIDENT

EXHIBIT 6
S. VOTTA
6/5/08 RSK

FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Steven Votta | FROM: Adam Stimson-DBS |
| COMPANY: Votta & Votta | DATE: 6/1/06 |
| FAX NUMBER: 401-272-6902 | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| PHONE NUMBER: 401-331-5555 | SENDER'S FAX NUMBER: 774-437-6506 |
| RE: Joseph Votta BOE Benefits | SENDER'S PHONE NUMBER: 888-226-7959 ext 76219 |

☑ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Attorney Votta:

We have received your letter dated May 17, 2006 and have had our Financial Consulting Team re-review the information. We have now completed our review and it appears that benefits may be due at this time.

Prior to the issuance of benefits, we will need you to provide a copy of either the Purchase & Sale Agreement or the copies of both sides of Mr. Votta's Stock Certificate (both sides) so that we are aware of the actual buyout date. Once we receive this information, we will expedite any due benefits and provide you with a detailed letter of explanation.

Please fax this information to me at your earliest convenience. My fax # is 774-437-6506

Sincerely,

[signature]

Adam Stimson, ALHC
Senior Disability Benefits Specialist
Unum Life Insurance Company