# EXHIBIT M

EXHIBIT 7
S. VOTTA
6/5/08 CSK

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
AT RIVER AVENUE
PROVIDENCE, R. I. 02908-2797

JILL S. VOTTA
JOSEPH S. VOTTA, JR.*
STEVEN J. VOTTA
*ALSO MEMBER MASSACHUSETTS AND NEW HAMPSHIRE BARS

(401) 331-5555
FAX (401) 272-6902

August 9, 2006

Mr. Adam Stimson
Sr. Disability Benefits Specialist
UNUM Life Insurance Company of America
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Overhead Policy No. LAD 225675

Dear Mr. Stimson:

We write at this time as we have not heard from you for nearly 90 days. For your convenience, we enclose a copy of our last letter.

When we last wrote to you, on May 17, 2006, we requested benefits only through November 30, 2005, which, at that time, totaled $38,424.00. You ignored our fully documented request.

This will serve as our final final demand for the full benefits through November 30, 2005 in the amount of $38,424.00. Once we have received said payment, we will forward all of the supporting documents for the benefits which continue to accrue.

In the event that we do not receive payment within the next five business days, we will be forced to commence a bad faith action against you.

Govern yourself accordingly.

Very truly yours,

VOTTA & VOTTA LAW OFFICES, LTD.

Steven J. Votta

SJV/ci
Enclosure