# EXHIBIT N

UNUMPROVIDENT

EXHIBIT 8
S. Votta
6/5/08 CSK

August 21, 2006

Steven J. Votta, Esq.
Votta & Votta Law Offices LTD
900 Smith Street at River Avenue
Providence, RI 02908-2797

RE: Joseph S. Votta Jr.
Claim# CLA052036

Dear Attorney Votta:

The purpose of this letter is to update you on the status of Joseph Votta's claim under his Business Overhead Expense Disability Policy referenced above.

As discussed, it is our understanding that Joseph Votta remains as 1/3 owner in the practice of Votta & Votta Law Offices LTD and no buy-out of his ownership has been effectuated.

We are in receipt of business expense information for the months of June 2005 through November 2005 and this information has been reviewed. Based on our review, it appears Joseph Votta's share of the covered overhead business expenses exceed the maximum amount provided by the policy. As such, under separate cover we have issued a check in the amount of $38,424.00 representing benefits due for the period of June 2005 through November 2005.

At this time, we ask that you provide expense information for the month of November 2005 going forward for our review and consideration of additional benefits. In addition, please submit a copy of your 2005 corporate tax return to document Mr. Votta's continued interest in the business.

We thank you for your continuing cooperation. Should you have any further questions or concerns, please feel free to contact the undersigned at 1-888-226-7959 ext 76733.

Sincerely,

Debra A. Eichel, ALHC
Lead Disability Benefit Specialist
Unum Life Insurance Company