# EXHIBIT O

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
AT RIVER AVENUE
PROVIDENCE, R. I. 02908-2797

JILL S. VOTTA
JOSEPH S. VOTTA, JR.*
STEVEN J. VOTTA
*ALSO MEMBER MASSACHUSETTS AND NEW HAMPSHIRE BARS

(401) 331-5555
FAX (401) 272-6902

EXHIBIT 9
S. VOTTA
4/5/08 CSK

August 31, 2006

Ms. Debra A. Eichel, ALHC
Lead Disability Benefit Specialist
UNUM Life Insurance Company of America
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Overhead Policy No. LAD 225675
Claim#: CLA 052036

Dear Ms. Eichel:

Enclosed please find the monthly expenses for Votta & Votta Law Offices, Ltd. from December 1, 2005 through June 30, 2006. Contained herein are copies of invoices together with copies of checks, front and back, indicating checks were presented for payment. Additionally, you will find a monthly summary with a breakdown by category of monthly expenses.

As requested, enclosed please find a copy of the 2005 tax return for Votta & Votta Law Offices, Ltd. indicating Joseph Votta remains a shareholder. Please process this documentation for the 7 month period enclosed, and forward a check for benefits totaling $44,828.00 at your earliest convenience. Should you require anything further please feel free to contact me.

Very truly yours,

VOTTA & VOTTA LAW OFFICES, LTD.

Steven J. Votta

SJV/ci
Enclosures