# EXHIBIT P

18 CHESTNUT ST
WORCESTER, MA 01615
Phone 774-437-6732
Fax 774-437-5839

**UNUMPROVIDENT**

EXHIBIT 10
S. VOTTA
CSK 6/5/08

# Fax

| | | | |
|---|---|---|---|
| **To:** | Steven Votta, Esq. | **From:** | DEBRA EICHEL |
| **Fax:** | 401-272-6902 | **Pages:** | 1 |
| **Phone:** | 401-331-5555 | **Date:** | 09/27/06 |
| **Re:** | Joseph S. Votta Jr. | **CC:** | Business Overhead Expense Disability Policy |

☐ **Urgent** X **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

- **Comments.**

Mr. Votta:

As previously discussed, you have indicated that your brother still holds 1/3 interest in the office of Votta & Votta and therefore we continue to reimburse his share of covered overhead business expenses under his Business Overhead Expense Disability Policy. At this time, we ask that you provide this to us in writing for our records.

We thank you for your anticipated cooperation.

Sincerely,

Debra A. Eichel, ALHC

Lead Disability Benefit Specialist