# EXHIBIT Q

EXHIBIT 11
S. VOTTA
6/5/08 CK

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
AT RIVER AVENUE
PROVIDENCE, R. I. 02908-2797

JILL S. VOTTA
JOSEPH S. VOTTA, JR.*
STEVEN J. VOTTA
*ALSO MEMBER MASSACHUSETTS AND NEW HAMPSHIRE BARS

(401) 331-5555
FAX (401) 272-6902

October 13, 2006

Ms. Debra A. Eichel, ALHC
Lead Disability Benefit Specialist
UNUM Life Insurance Company of America
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Overhead Policy #LAD 225675
Claim#:CLA 052036

Dear Ms. Eichel:

We are in receipt of your letter dated September 27, 2006, which we received via Fax. In response to your request, we demand to know the section of the policy under which you are requesting a written statement for "your records". Additionally, we ask that you please indicate any section(s) of the policy that even make this matter relevant to our claim.

Since it has been more than 30 days since our submission of expense records and letter of demand for payment under the policy, we renew our demand for the payment of benefits for the seven month period from December 1, 2005 through June 30, 2006 totaling $44,828.00. We look forward to hearing from you.

Very truly yours,

VOTTA & VOTTA LAW OFFICES, LTD.

Steven J. Votta

SJV/ci