# EXHIBIT R

EXHIBIT 13
S. VOTTA
6/5/08 CSK

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
AT RIVER AVENUE
PROVIDENCE, R. I. 02908-2797

JILL S. VOTTA
JOSEPH S. VOTTA, JR.*
STEVEN J. VOTTA
*ALSO MEMBER MASSACHUSETTS AND NEW HAMPSHIRE BARS

(401) 331-5555
FAX (401) 272-6902

November 2, 2006

Ms. Linda M. Downing, ALHC, HIA
Lead Disability Benefit Specialist
UNUM Life Insurance Company of America
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Overhead Policy #LAD 225675
Claim#:CLA 052036

Dear Ms. Downing:

Thank you for your letter of October 19, 2006, which was a response to our letter to Ms. Eichel dated October 13, 2006. You indicated in your letter that under Mr. Votta's policy, Conditions and Time Limits, #4 pertains to your request regarding Mr. Votta's ownership in Votta & Votta Law Offices, Ltd. It is my understanding that we have complied with all of the requests as identified in said paragraph. All documentation, invoices and cancelled checks pertaining to payments made have been forwarded to you regarding overhead expenses as well as a copy of the most recent tax return which you requested. Your letter states that "to consider ongoing benefits under the business overhead claim you need to verify Mr. Votta's ownership." Once again we ask you to please direct us to that section of this policy which makes reference to and/or requires Mr. Votta to be an owner of Votta & Votta Law Offices. Ltd., to consider ongoing benefits.

Additionally, we are in receipt of your company's check in the amount of $31,417.00 which reflects payment for benefits from December 1, 2005 through April 30, 2006. When records were last submitted to you and your company on August 31, 2006, the records were submitted from December 1, 2005 through June 30, 2006. Your check for benefits fails to include the months of May and June 2006. This letter will serve as our formal demand for those benefits for the months of May and June 2006 totaling $12,808.00

Further, your check in the amount of $31,417.00 for benefits paid from December 1, 2005 through April 30, 2006 is deficient in the amount of $603.00. We ask for a full explanation as to why benefits were not paid in full totaling $32,020.00 as our monthly expenses far exceed the available monthly benefit.

Very truly yours,

VOTTA & VOTTA LAW OFFICES, LTD.

Steven J. Votta

SJV/ci