# EXHIBIT S

EXHIBIT 15
S. Votta
CSK 6/3/08

*BERNARD P. HEALY*
*Attorney And Counselor At Law*
*Proctor In Admiralty*

June 22, 2007

Ms. April Allard, ALHC, ACS
Lead Disability Benefit Specialist
UNUM Life Insurance Company of America
UNUM Provident Corporation
18 Chestnut Street
Worcester, MA 01608-1528

Re: Joseph S. Votta, Jr.
Overhead Policy #LAD 225675
Claim#:CLA 052036

Dear Ms. Allard:

We had reached an impasse in reference to the claim of Votta & Votta Law Offices, Ltd. for continuing overhead expenses. The precipitating event which created the controversy was your company's receipt of reports that Joseph S. Votta, Jr., Esquire had sold his share of Votta & Votta Law Offices, Ltd. My clients, Steven J. Votta,, Jill S. Votta and Votta & Votta Law Offices, Ltd. objected to your inquiries regarding the internal operation of their practice. We also contested the relevance, if any, of any transfer of ownership of the practice in reference to your liability under the relevant policy. In December, 2006 you requested a statement in writing as to whether Mr. Joseph Votta, Jr, Esquire was an owner of Votta & Votta Law Offices, Ltd. You also asked for an explanation of Dr. Wall's conversations with Dr. Kenner and Ms. Votta (Joseph's spouse). While my clients still contend that those inquiries are blatantly improper, to avoid the expense of litigation, let me provide answers. Joseph S. Votta, Jr., Esquire still maintains an ownership interest in the law office of Votta & Votta Law Offices, Ltd. Enclosed please find a Schedule K-1 which was prepared in reference to the tax year 2006. As you can see, this lists that Mr. Votta's percentage of the stock for the current (then 2006) year was one third. That situation has not changed.

Joseph Votta, Jr., Esquire received a loan from the law office for which he pledged as security the stock issued by Votta & Votta Law Offices, Ltd. to him. The law firm currently holds that stock as security for the loan. This does not, in our eyes, constitute a transfer of Mr. Votta's interest in the firm. So, to answer your question, Joseph S. Votta, Jr. is an owner of Votta & Votta Law Offices, Ltd.. His per cent of ownership remains 33 1/3rd. We cannot provide you with an explanation of what Dr. Wall might have spoken about with Dr. Kenner and/or Mrs. Votta. In reference to documentation, enclosed please find, again, the K-1 for the tax year 2006. There is no other documentation in evidence of his current ownership.

750 East Avenue Pawtucket, RI 02860 Ph *(401) 721-2260 Fax (401) 721-2230*

I have asked Steven J. Votta, Esquire to provide you under separate cover with the additional supporting documents in reference to the overhead claim. I would ask that these be paid forthwith. If you contest payment, please contact me immediately.

Very truly yours,

Bernard P. Healy/SW

Bernard P. Healy

BPH/cb
Enclosure

671106

Schedule K-1 (Form 1120S)
Department of the Treasury
Internal Revenue Service

# 2006

For calendar year 2006, or tax year beginning ______ ending ______

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0130

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See separate instructions.

### Part I Information About the Corporation

A Corporation's employer identification number
05-0385348

B Corporation's name, address, city, state, and ZIP code

VOTTA & VOTTA LAW OFFICES, LTD.
900 SMITH STREET
PROVIDENCE, RI 02908

C IRS Center where corporation filed return
CINCINNATI, OH

D ☐ Tax shelter registration number, if any

E ☐ Check if Form 8271 is attached

### Part II Information About the Shareholder

F Shareholder's identifying number
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

G Shareholder's name, address, city, state and ZIP code

JOSEPH S. VOTTA, JR
900 SMITH STREET
PROVIDENCE, RI 02908

H Shareholder's percentage of stock ownership for tax year ........ 33.333333%

For IRS Use Only

### Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Item | Amount |
|---|---|
| 1 Ordinary business income (loss) | 10,101. |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | |
| 4 Interest income | 1,632. |
| 5a Ordinary dividends | |
| 5b Qualified dividends | |
| 6 Royalties | |
| 7 Net short-term capital gain (loss) | |
| 8a Net long-term capital gain (loss) | |
| 8b Collectibles (28%) gain (loss) | |
| 8c Unrecaptured sec 1250 gain | |
| 9 Net section 1231 gain (loss) | |
| 10 Other income (loss) | |
| 11 Section 179 deduction | 11,550. |
| 12 Other deductions | A 284. |
| 13 Credits | |
| 14 Foreign transactions | |
| 15 Alternative min tax (AMT) items | A 173. |
| 16 Items affecting shareholder basis | C* 1,820. |
| 17 Other information | A 1,632. |

*See attached statement for additional information.

611271 12-28-06 JWA For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2006

SHAREHOLDER NUMBER 2

VOTTA & VOTTA LAW OFFICES, LTD. 05-0385348

SCHEDULE K-1 NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,820. | SEE FORM 1040 INSTRUCTIONS |