# EXHIBIT W

*Jill S. Votta, President*
*Votta & Votta Law Offices, Ltd.*
*900 Smith St.*
*Providence, RI 02908*

*Invoice No.* *29136*
*Date* *5/30/2006*
*Client No.* *28565*

---

For professional services:

For all services from April 26, 2005 through May 30, 2006, including, but not limited to:

Preparation of quarter and year-end payroll tax returns, including forms W-2 and 1099, for 2005;

General accounting services, including depreciation and trial balance preparation;

Corporate tax planning and projections;

Preparation of federal and state corporate income tax returns, forms 1120S, for the year ended December 31, 2005;

Consulting work and meeting to discuss purchase of Joe Votta's interest in the corporation.

| | | |
|---|---|---|
| Total time charges regarding the above | $ | 8,400.00 |
| Less professional courtesy discount (50%) | | (4,200.00) |
| Current Amount Due | $ | 4,200.00 |

PENGAD 800-631-6989
EXHIBIT
#14
CJ 6/23/2008