UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD.,<br>Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,<br>Defendant | C.A. NO. 07-420-ML |

**DEFENDANT, UNUM LIFE INSURANCE COMPANY OF AMERICA'S RESPONSE TO PLAINTIFF'S RULE 56(a) STATEMENT OF UNDISPUTED FACTS**

Pursuant to Local Rule 56(a), Defendant, Unum Life Insurance Company of America ("Unum") submits the following response to plaintiff, Votta & Votta Law Offices, Ltd's ("V&V") Statement of Undisputed Facts.

1. Unum states that it issued to Joseph S. Votta, Jr. ("Joseph"), a business overhead expense disability income ("BOE") policy, Policy No. LAD225675. (See Unum's Statement of Undisputed Facts at ¶1, hereinafter "Unum Stmt."). Unum notes that V&V has failed to properly support its factual assertions in this paragraph.[1]

2. Unum states that on August 31, 2005, Joseph submitted a claim for total disability benefits under both his individual disability policy and the BOE policy, claiming to be disabled beginning on April 1, 2005. (Id. at ¶7). Unum admits that it approved Joseph's claim for benefits under his individual disability policy. See *supra*, note 1.

[1] V&V has failed to identify the evidence establishing the "facts" they assert in this paragraph. Pursuant to Rhode Island Local Rule 56(a)(2) "each 'fact' in a Statement of Undisputed Facts shall be set forth in a separate, numbered paragraph and shall identify the evidence establishing that fact, including the page and line of any document to which reference is made, unless opposing counsel has expressly acknowledged that the fact is undisputed." L.R. Cv. 56(a) (emphasis added).

3. Unum states that in order to receive benefits under the BOE policy, an insured must be totally disabled and incur covered overhead expenses. (See Unum Stmt. at ¶2). See *supra*, note 1. Under the BOE Policy:

> "Covered overhead expenses" means your share of the usual and customary business expenses that are not excluded below which you or your business incurs on a regular basis and are essential to your established business operation.
>
> Covered overhead expenses are normally paid from earnings that depend on your presence and individual effort; they continue during disability and they are the ones for which you were liable in the normal conduct of the business before disability began. (emphasis added)

(See Unum Stmt. at ¶3).

4. Unum states that on March 3, 2006, it received an assignment dated February 27, 2006 whereby Joseph authorized Unum to "discuss and negotiate any benefits to which I may be entitled" with his siblings and law partners, Jill Votta and Steven Votta. He also authorized Unum to pay all benefits directly to V&V. (See Unum Stmt. at ¶8). See *supra*, note 1.

5. Unum states that it paid benefits under the BOE policy through April 30, 2006, for a total payment of $69,841.00. (See Unum Stmt. at ¶¶17, 20). See *supra*, note 1.

6. Unum states that the Total Overhead Business Expense Benefit available under the policy is $153,696.00. (See Unum Stmt. at note 1). See *supra*, note 1.

7. Unum states that the amount of benefits in dispute in this litigation is $83,855.00. (See Unum Stmt. at note 1). See *supra*, note 1.

8. Unum states that it approved benefits under the BOE policy through April 30, 2006 via letter dated October 16, 2006. Unum further states that it has not paid any additional benefits since that time. (See Unum Stmt. at ¶20). See *supra*, note 1.

9. Unum states that the Schedule K-1 for Joseph, which was prepared by V&V's accountant for the 2006 tax year, lists Joseph's percentage of stock ownership as 33.333333%. (See Unum. Stmt at ¶34). See *supra*, note 1.

10. Unum states that Schedule E on the tax returns prepared by V&V's accountant and filed for Joseph for the years 2006 and 2007 list V&V under a section entitled "Income or Loss From Partnerships and S Corporations." See *supra*, note 1.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

By its attorney,

/s/ Joan O. Vorster

Joan O. Vorster, Esq. (#5784)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: September 8, 2008

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 8, 2008.

/s/ Joan O. Vorster

Joan O. Vorster, Esq.

Dated: September 8, 2008