UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VOTTA & VOTTA LAW OFFICES, LTD.,<br>Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,<br>Defendant | C.A. NO. 07-420-ML |

**UNUM LIFE INSURANCE COMPANY OF AMERICA'S OPPOSITION**
**TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

In accordance with this Court's Order at the Rule 16 Scheduling Conference and L.R. Cv. 7(b), Unum Life Insurance Company of America ("Unum") submits its Opposition to Plaintiff's Motion for Partial Summary Judgment.

As set forth in greater detail in Unum's Memorandum in Support this Court should deny V&V's Motion for Partial Summary Judgment because the arguments asserted by V&V in support of their motion are insufficient to support a finding that V&V is entitled to benefits under the BOE policy.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

By its attorney,

/s/ Joan O. Vorster

Joan O. Vorster, Esq. (#5784)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: September 8, 2008

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 8, 2008.

/s/ Joan O. Vorster

Joan O. Vorster, Esq.

Dated: September 8, 2008