**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**VOTTA & VOTTA LAW OFFICES, LTD.**
**Plaintiff**

**v.**

**UNUM LIFE INSURANCE COMPANY OF AMERICA, ALIAS,**
**Defendant**

**C.A. NO. 07-420-ML**

**OBJECTION**

Now comes the plaintiff, Votta & Votta Law Offices, Ltd., and objects to the motion of the defendant, Unum Life Insurance Company, for summary judgment. As grounds therefore, plaintiff states that it is entitled to judgment as a matter of law based upon the facts and the law at issue, that there is no genuine issue of material fact which warrant a finding in favor of Unum Life Insurance Company and all facts support the counter motion of this movant. In support thereof, the plaintiff submits its objections to the statement of undisputed material facts of the Unum Life Insurance Company of America and its memorandum of law.

The Plaintiff,
Votta & Votta Law Offices, Ltd.,
By its Attorney,

/s/ Bernard P. Healy
Bernard P. Healy #2072
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260 Phone
(401) 721-2230 Fax

**CERTIFICATE OF SERVICE**

I, Bernard P. Healy, hereby certify that I have this day served a copy of the foregoing document, by e-mail and by mailing a copy, first class mail, postage prepaid to

Joan O. Vorster, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608-1477
e-mail address: www.miricko'connell.com..

09/08/08 **/s/ Bernard P. Healy________________**
Date