UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VOTTA & VOTTA LAW OFFICES, LTD.

vs. CA 07-420ML

UNUM LIFE INSURANCE CO.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
September 11, 2008

Entered as an Order of this Court on September 11, 2008.

Barbara Barletta
Deputy Clerk